# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC., CLIFTON BAY INVESTMENTS LLC, COTTONWOOD GROVE LTD, EUCLID WAY LTD, PAPER BIRD INC., FTX DIGITAL MARKETS, LTD.[2] <br><br> Plaintiffs, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 <br><br> Defendants. | Adv. Pro. No. 24-50222 (JTD) |

## CERTIFICATE OF SERVICE

I, Robert C. Maddox, hereby certify that on February 3, 2025 in connection with the

*Complaint* [A.D.I. 1] filed in above-captioned adversary proceeding, the *Summons and Notice of*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] FTX Digital Markets Ltd. (in Official Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

RLF1 32393645v.1

*Pretrial Conference in an Adversary Proceeding* and the *Notice of Dispute Resolution Alternatives* were served as set forth in the Affidavit of Service attached hereto as **Exhibit 1.**

                                              */s/ Robert C. Maddox*
                                              Robert C. Maddox (No. 5356)

# **Exhibit 1**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FTX TRADING LTD., et al.<br><br>Debtors.<br><br>FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC., CLIFTON BAY INVESTMENTS LLC, COTTONWOOD GROVE LTD, EUCLID WAY LTD, PAPER BIRD INC., FTX DIGITAL MARKETS, LTD.2<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES<br><br>Defendants. | Chapter 11<br><br>Case No. 22-11068 (JTD)<br><br>(Jointly Administered)<br><br>Adv. Pro. No. 24-50222 (JTD) |

## AFFIDAVIT OF SERVICE UPON DEFENDANT
### DIGITAL ANCHOR HOLDINGS LIMITED formerly known as BINANCE CAPITAL MANAGEMENT CO. LTD

**Comes now D'ANDRE MITCHAM, who, upon oath, states the following:**

1. I am over the age of eighteen and authorized to serve process in the British Virgin Islands.

2. In the matters detailed herein, I was acting as agent for Nadine Whyte Laing, a BVI Legal Practitioner admitted to practice in the British Virgin Islands and thus a competent person within the meaning of Article 10(b) of the 1965 Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the Hague Service Convention).

3. Mrs. Whyte-Laing was in turn acting at the request of Aaron Lukken, Esq., himself instructed by plaintiff's counsel, Colin West, Esq.

4. On Monday, February 3, 2025, I was instructed by Mrs. Nadine Whyte Laing to serve upon the defendant, **DIGITAL ANCHOR HOLDINGS LIMITED formerly known as BINANCE CAPITAL MANAGEMENT CO. LTD ("the Company")** the following documents in the case at bar:

   a. Hague Service Convention Warning;
   b. Summary of the Document to Be Served;
   c. Summons and Notice of Pre-trial Conference in an adversary proceeding;
   d. Notice of Dispute Resolution Alternatives; and
   e. Complaint

5. The Hague Service Convention Warning and Summary document to be served are attached hereto as **Exhibit A.**

6. According to plaintiff's counsel, the defendant is a corporation organized and existing under the laws of the British Virgin Islands.

7. I am advised by Mrs. Nadine Whyte Laing and verily believe that section 101 of the BVI Business Companies Act, 2004 provides that service of a document may be effected on a company by addressing the document to the company and leaving it at the company's registered agent.

8. Based upon a company search of the British Virgin Islands Corporate Registry, it was confirmed that FFP (BVI) Limited is the registered agent of the Company. The British Virgin Islands Corporate Registry search report for the Company is attached as **Exhibit B.**

9. At approximately 12:35 pm on Monday, February 3, 2025, I attended the address of FFP (BVI) Limited, the registered agent of the Company to complete service upon the Company.

10. The documents were taken by Liz Jackson, Administrator at FFP (BVI) Limited who acknowledged receipt of the documents by signing an acknowledgement of receipt which is attached hereto as **Exhibit C**.

11. I am advised by Mrs. Nadine Whyte Laing and verily believe service on the Company was effected in accordance with the laws of the British Virgin Islands, and thus in accordance with Article 10(b) of the Hague Service Convention.

I swear that the foregoing statements are true to the best of my knowledge.

Respectfully submitted,

D'Andre Mitcham
Process Server
O'Neal Webster
181 Main Street
Road Town, VG1110, BVI

Subscribed and sworn before me on February 10th, 2025
at Road Town, Tortola, British Virgin Islands

Jenelle A. Archer
Notary Public
My commission expires on January 31, 2026

Jenelle A. Archer
Notary Public
British Virgin Islands

**EXHIBIT A**

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

**Digital Anchor Holdings Limited**
*formerly known as Binance Capital Management Co., Ltd.*
c/o FFP (BVI) Limited
2nd Floor, Water's Edge Building, P.O. Box 2429
Wickhams Cay II, Road Town, Tortola VG1110

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Community Legal Aid Society
100 West 10th Street
Wilmington, Delaware 19801
Tel.: +1.302.575.0660

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131 USA<br>E.: lukken@vikinglaw.us<br>Tel. +1.816.683.7900 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | **Plaintiffs:** FTX Trading Ltd.; Alameda Research LLC; et al.<br><br>**Defendants:** Binance Holdings Limited; **Binance Capital Management Co., Ltd.**; et al.<br><br>(See pleadings for a complete list of parties.) |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
    **ACTE JUDICIAIRE\*\***

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To inform the defendants of a lawsuit against them, and to demand their answer at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Plaintiffs accuse the defendant of, *inter alia*, fraudulent transfers. They seek declaratory and injunctive relief, damages, interest, and costs. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Within 21 days after service the addressee must enter an appearance at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\* if appropriate / s'il y a lieu

D. Del. Adv. Pro. 24-50222  Binance Capital Management          Generated by: **HAGUE ENVOY**

**EXHIBIT B**



BVI Financial Services Commission, Registry of Corporate Affairs
# Register of Companies Search Report

**Date of Search :** 31/01/2025
This search is accurate as at the Search Date above.

| | |
|---|---|
| **Company Name :** | Digital Anchor Holdings Limited |
| **Company Number :** | 2019005 |
| **Company Type :** | BC New Incorporation |
| **Date of Incorporation / Registration :** | 30/07/2019 |

**Current Status :**

| | |
|---|---|
| Status Description: | Active |
| Status Date: | 12/03/2024 |
| Current Registered Agent: | FFP (BVI) Limited |
| Current Registered Agent Address: | 2nd Floor, Water's Edge Building, P.O. Box 2429<br>Wickhams Cay II<br>Road Town<br>Tortola<br>VG1110<br>VIRGIN ISLANDS, BRITISH |
| Current Registered Agent Phone Number: | |
| Current Registered Agent Fax Number: | |
| Current Registered Office : | 2nd Floor, Water's Edge Building, P.O. Box 2429<br>Wickhams Cay II<br>Road Town<br>Tortola<br>VG1110<br>VIRGIN ISLANDS, BRITISH |
| Telephone: | |
| Agent Fax: | |
| Register of Directors Filed : | Yes |
| First Registered Agent: | COVERDALE TRUST SERVICES LIMITED |
| First Registered Office: | 4th Floor, Water's Edge Building,<br>Meridian Plaza,<br>Road Town,<br>Tortola,<br>VG1110<br>VIRGIN ISLANDS, BRITISH |

**Share/Capital Information:**

Maximum Number of Shares the company is authorized to issue:  50,000
Ability to Issue Bearer Shares:  No

**Previous Names History**

| S.No | Previous Name | Foreign Character Name | Date Range or Cease Date From | To |
|---|---|---|---|---|
| 1 | Binance Capital Management Co., Ltd. | | 30/07/2019 | 05/10/2023 |
| 2 | Digital Anchor Holdings Limited | | 06/10/2023 | |

Transaction History

| S.No | Date | Transaction Number | Description | Status | Eforms/Attachments |
|---|---|---|---|---|---|
| 1 | 23/07/2019 | T190525457 | Name Reservation (10 days) | Approved | Name Reservation (10 days) |
| 2 | 30/07/2019 | T190540336 | Application for Incorporation (BC) | Approved | Application for Incorporation (BC) Memorandum and Articles of the Company |
| 3 | 14/08/2019 | T190562309 | Register of Directors – Registration | Approved | Register of Directors – Registration |
| 4 | 29/11/2019 | T190855786 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 5 | 09/11/2020 | T200706018 | Notice of Change of Registered Office Address | Approved | Notice of Change of Registered Office Address |
| 6 | 26/11/2020 | T200786157 | Notice of Change of Registered Agent | Approved | Notice of Change of Registered Agent Written Confirmation (Regulation 30(2)) |
| 7 | 30/11/2020 | T200790447 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 8 | 07/02/2021 | T210076606 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 9 | 16/07/2021 | T210530040 | Registered Agent intent to Resign | Approved | Registered Agent intent to Resign Notice of intention to resign given to the company under section 93(2) |
| 10 | 09/11/2021 | T210787157 | Notice of Change of Registered Agent | Approved | Notice of Change of Registered Agent Written Confirmation (Regulation 30(2)) |
| 11 | 10/11/2021 | T210801351 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 12 | 19/01/2022 | T220033376 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 13 | 07/02/2022 | T220067358 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 14 | 29/04/2022 | T220245110 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 15 | 04/05/2022 | T220253495 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 16 | 11/05/2022 | T220279242 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 17 | 24/01/2023 | T230042685 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 18 | 17/08/2023 | T230529216 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 19 | 07/09/2023 | T230565094 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 20 | 28/09/2023 | T230603995 | Name Reservation (10 days) | Approved | Name Reservation (10 days) |
| 21 | 06/10/2023 | T230619665 | Change of Company Name or Add/Change A Foreign Character Name | Approved | Change of Company Name or Add/Change A Foreign Character Name |
| 22 | 02/11/2023 | T230683424 | Annual Fee Submission (BC) | Approved | Annual Fee Submission (BC) |
| 23 | 07/11/2023 | T230693770 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 24 | 29/11/2023 | T230805142 | Registered Agent intent to Resign | Approved | Registered Agent intent to Resign Notice of intention to resign given to the company under section 93(2) |
| 25 | 12/03/2024 | T240131303 | Application to the Registrar to Restore | Approved | Application to the Registrar to Restore |
| 26 | 12/03/2024 | T240131335 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 27 | 25/06/2024 | T240445984 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |
| 28 | 27/11/2024 | T240804148 | Request for Certificate of Goodstanding | Approved | Request for Certificate of Goodstanding |

**Certificate History**

| S.No | Transaction No. | Type of Certificate | Date of Filing |
|---|---|---|---|
| 1 | T210801351 | Certificate of Good Standing | 10/11/2021 |
| 2 | T220067358 | Certificate of Good Standing | 07/02/2022 |
| 3 | T230529216 | Certificate of Good Standing | 17/08/2023 |
| 4 | T230565094 | Certificate of Good Standing | 07/09/2023 |
| 5 | T230619665 | Certificate of change of Name | 06/10/2023 |
| 6 | T230693770 | Certificate of Good Standing | 07/11/2023 |
| 7 | T190540336 | Certificate of Incorporation (Original) | 30/07/2019 |
| 8 | T190855786 | Certificate of Good Standing | 29/11/2019 |
| 9 | T210076606 | Certificate of Good Standing | 07/02/2021 |
| 10 | T220097377 | Certificate of Incorporation (Duplicate) | 21/02/2022 |
| 11 | T240131303 | Certificate of Restoration | 12/03/2024 |
| 12 | T240131335 | Certificate of Good Standing | 12/03/2024 |
| 13 | T240445984 | Certificate of Good Standing | 25/06/2024 |
| 14 | T240804148 | Certificate of Good Standing | 27/11/2024 |
| 15 | T220245110 | Certificate of Good Standing | 29/04/2022 |
| 16 | T220253495 | Certificate of Good Standing | 04/05/2022 |
| 17 | T220279242 | Certificate of Good Standing | 11/05/2022 |
| 18 | T230042685 | Certificate of Good Standing | 24/01/2023 |

**DISCLAIMER:**

Although care has been taken to ensure the accuracy, completeness and reliability of the information provided through the use of this service ("the Information"), neither the Registrar of Corporate Affairs ("the Registrar") nor the Financial Services Commission ("the Commission") assumes any responsibility for the accuracy, completeness and reliability of the Information. This report does not reflect any transactions that may be submitted and not yet registered, or other changes for which the Registrar has not received notice. The user of the Information agrees that the Information is subject to change without notice, and neither the Registrar nor the Commission is responsible for any discrepancies that may result if a transaction is approved for filing after the issuance of this report. Neither the Registrar nor the Commission assumes any responsibility for the consequences of use of the Information, nor for any infringement of third party intellectual property rights which may result from its use. In no event shall the Commission or the Registrar be liable for any direct, indirect, special or incidental damage resulting from, arising out of or in connection with the use of the Information.

**EXHIBIT C**



www.**onealwebster**.com

## ACKNOWLEDGMENT OF RECEIPT

**Chapter 11**
**Case No. 22-11068 (JTD)**
*In re*

FTX TRADING LTD., et al

**Debtors**

v.

FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC., CLIFTON BAY INVESTMENTS LLC, COTTONWOOD GROVE LTD, EUCLID WAY LTD, PAPER BIRD INC., FTX DIGITAL MARKETS, LTD.

**Plaintiffs**

v.

BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000

**Defendants**

**DOCUMENTS SERVED:**
 a. Hague Service Convention Warning;
 b. Summary of the Document to Be Served;
 c. Summons and Notice of Pre-trial Conference in an adversary proceeding;
 d. Notice of Dispute Resolution Alternatives; and
 e. Complaint

**SERVED ON:** **Digital Anchor Holdings Limited formerly known as Binance Capital Management Co., Ltd**

**REGISTERED AGENT:** FFP (BVI) Limited, 2nd Floor, Water's Edge Building, P.O. Box 2429, Wickhams Cay II, Road Town, Tortola, British Virgin Islands

**PLACE OF SERVICE:** 2nd Floor, Water's Edge Building, P.O. Box 2429, Wickhams Cay II, Road Town, Tortola, British Virgin Islands

**SERVED BY:** **D'ANDRE MITCHAM**

**DATE:** February 3, 2025                **TIME:** 12-35 am/pm

**RECEIVED BY:** *[signature]* (signature)

**NAME:** Liz Jackson (please print)

**POSITION:** Administrator