IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (JTD) <br><br> (Jointly Administered) |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC., CLIFTON BAY INVESTMENTS LLC, COTTONWOOD GROVE LTD, EUCLID WAY LTD, PAPER BIRD INC., FTX DIGITAL MARKETS, LTD.[2] <br><br> Plaintiffs, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 <br><br> Defendants. | Adv. Pro. No. 24-50222 (JTD) |

## CERTIFICATE OF SERVICE

I, Robert C. Maddox, hereby certify that on February 4, 2025 in connection with the

*Complaint* [A.D.I. 1] filed in above-captioned adversary proceeding, the foregoing *Summons and*

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2]   FTX Digital Markets Ltd. (in Official Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

*Notice of Pretrial Conference in an Adversary Proceeding* and the *Notice of Dispute Resolution Alternatives* were served as set forth in the Affidavit of Service attached hereto as **Exhibit 1.**

                                                      */s/ Robert C. Maddox*
                                                      Robert C. Maddox (No. 5356)

# **Exhibit 1**

RLF1 32393645v.1

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**FTX TRADING LTD., et al.**
*Plaintiffs,*

Case No. 24-50222

v.

**BINANCE HOLDINGS LIMITED, et al.**

*Defendants.*

---

### AFFIDAVIT OF SERVICE UPON DEFENDANT
### BINANCE HOLDINGS (IE) LIMITED

Comes now Michael Foley, who, upon oath, states the following:

1.  I am over the age of eighteen, an agent employed by Boino Solicitors- Kancelaria Prawna, and am authorized to serve process in Ireland.

2.  On February 4, 2025, I was instructed by Krystian Boino who was in turn instructed by Aaron Lukken, Esq., of Viking Advocates, LLC, of Kansas City, Missouri himself instructed by Colin West, Esq., counsel for the plaintiff, to serve the following documents upon Binance Holdings (IE) Limited pursuant to Fed. R. Civ. P. 4(f)(2)(A) and Article 10(b) of the Hague Service Convention:

    - Hague Service Convention Warning
    - Summary of the Document to Be Served
    - Summons
    - Notice of Dispute Resolution Alternatives
    - Complaint

3.  Copies of the Warning and Summary pages are attached here as Exhibit A.

*Adv. Pro. 24-50222 Binance Holdings (IE)*

4. According to plaintiff's counsel, Binance Holdings (IE) Limited's address is 6th Floor, South Bank House, Barrow Street, Dublin 4. This has been verified by a copy of the defendant's corporate registry, attached here as Exhibit B.

5. On Tuesday, February 4th, 2025, at 10:35 am, I attended South Bank House, Barrow Street, Dublin 4. It is the office of Mason Hayes Curran Solicitors (see photo below). The receptionist at Mason Hayes Curry Solicitors, named Linda Morgan, confirmed that the defendant's registered office was on the 6th floor but that she could accept the documents.



6. Ms. Morgan accepted the documents without issue. She is described as an Irish female, 5'4" in height, with long fair/blond hair, and in her late 40s.

I believe service in this matter to have been effected on February 4, 2025, according to the laws of Ireland, thus in accordance with Article 10(b) of the Hague Service Convention.

I swear that the foregoing statements are true to the best of my knowledge.

| | |
|---|---|
| I certify I know the Deponent:<br><br>_____<br>Krystian Boino<br><br>_____<br>Michael Foley, Process Server | **SWORN** by the said Michael Foley this 11th day of February 2025, before me a Commissioner for Oaths / Practising Solicitor at Suites 130-132 Capel Building in the City of Dublin and the deponent was introduced to me by Krystian Boino who is known to me.<br><br>_____<br>COMMISSIONER FOR OATHS / PRACTISING SOLICITOR<br>JONATHAN COSGROVE |

Aidan T. Stapleton
Solicitors
Suites 130-132, The Capel Building,
Mary's Abbey, Dublin 7.

*Adv. Pro. 24-50222 Binance Holdings (IE)*

**EXHIBIT A**
*Warning and Summary*

_____
Michael Foley, Process Server

_____
PRACTISING SOLICITOR

*Adv. Pro. 24-50222 Binance Holdings (IE)*

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee** / Identité et adresse du destinataire

**Binance Holdings (IE) Limited**
6th Floor, South Bank House
Barrow Street
Dublin 4

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Community Legal Aid Society
100 West 10th Street
Wilmington, Delaware 19801
Tel.: +1.302.575.0660

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA<br>E.: lukken@vikinglaw.us<br>Tel. +1.816.683.7900 |
| **Particulars of the parties\***:<br>Identité des parties\* : | **Plaintiffs:** FTX Trading Ltd.; Alameda Research LLC; et al.<br><br>**Defendants:** Binance Holdings Limited; **Binance Holdings (IE) Limited**; et al.<br><br>(See pleadings for a complete list of parties.) |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | To inform the defendants of a lawsuit against them, and to demand their answer at court. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Plaintiffs accuse the defendant of, *inter alia*, fraudulent transfers. They seek declaratory and injunctive relief, damages, interest, and costs. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | Within 21 days after service the addressee must enter an appearance at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | No court has issued a judgment. |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | No court has issued a judgment. |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 21 days |

\*\* if appropriate / s'il y a lieu

**EXHIBIT B**
*CORE Corporate Registry*

_____
Michael Foley, Process Server

_____
PRACTISING SOLICITOR

Standard €2.50

Certified €12.00

**Form B10 - Change Director or Secretary Details (SR2398881)**
Registered on: 13/06/2024, Effective from: 08/03/2024

Standard €2.50

Certified €12.00

**Form B10 - Change Director or Secretary Details (SR2394486)**
Registered on: 06/06/2024, Effective from: 08/03/2024

Standard €2.50

Certified €12.00

**Form B10 - Change Director or Secretary Details (SR2394495)**
Registered on: 06/06/2024, Effective from: 08/03/2024

Standard €2.50

Certified €12.00

Items per page 10    1 - 10 of 27    <    >

## Profile    Previous Names    Events (5)

**Reg. Number**
704567

**Reg. Name**
BINANCE HOLDINGS (IE) LIMITED

**Type**
LTD - Private Company Limited by Shares

**Status**
Normal

**Effective Date**
27/09/2021

**Registered on**
27/09/2021

**Next Annual Return**
27/09/2024

**Reg. Address**
6TH FLOOR, SOUTH BANK HOUSE, BARROW STREET, DUBLIN 4, IRELAND