# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (JTD) |
| Debtors. | (Jointly Administered) |
| | |
| FTX TRADING LTD., ALAMEDA RESEARCH LLC, ALAMEDA RESEARCH LTD., WEST REALM SHIRES INC., WEST REALM SHIRES SERVICES INC., CLIFTON BAY INVESTMENTS LLC, COTTONWOOD GROVE LTD, EUCLID WAY LTD, PAPER BIRD INC., FTX DIGITAL MARKETS, LTD.[2] | Adv. Pro. No. 24-50222 (JTD) |
| | **Re: Adv. Dkt. No. 5** |
| Plaintiffs, | |
| - against - | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Alexander R. Steiger, hereby certify that on February 7, 2025, I caused a copy of the following to be served upon the attached service list:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] FTX Digital Markets Ltd. (in Official Liquidation) was incorporated in the Commonwealth of The Bahamas as an International Business Company, registered number 207269B.

- *Letter to Chief Judge John T. Dorsey Regarding Plaintiffs' Efforts to Effectuate Service of Process Filed* [Docket No. 5]

*/s/ Alexander R. Steiger*
*Alexander R. Steiger (No. 7139)*

**SERVICE LIST**

(Via Email)

Edward Moss, Esq.
Samson Enzer, Esq.
Joel H. Levitin, Esq.
Herbert S. Washer, Esq.
Miles C. Wiley, Esq.
Tammy Roy, Esq.
Cahill, Gordon & Reingel LLP
32 Old Slip
New York, NY 10005
Email: emoss@cahill.com
senzer@cahill.com
jlevitin@cahill.com
hwasher@cahill.com
mwiley@cahill.com
troy@cahill.com
kking@maglaw.com

-and –

Karen King, Esq.
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY  10017
Email: kking@maglaw.com