# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>Defendants. | Adv. Pro. No. 24-50222 (KBO)<br><br>**Re: Adv. Docket No. 12** |

## CERTIFICATE OF SERVICE

I, Alexander R. Steiger, hereby certify that on March 4, 2025, I caused a copy of the following to be served on the parties set forth on the attached service list in the manner indicated:

- Notice of Substitution of Plaintiff [Adv. Docket No. 12]

                                                      */s/ Alexander R. Steiger*
                                                     Alexander R. Steiger (No. 7139)

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

# Service List

**Via Email**

Samson Enzer, Esq.
Herbert S. Washer, Esq.
Edward Moss, Esq.
Joel H. Levitin, Esq.
Miles C. Wiley, Esq.
Tammy Roy, Esq.
Cahill, Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
Email: senzer@cahill.com
       hwasher@cahill.com
       emoss@cahill.com
       jlevitin@cahill.com
       mwiley@cahill.com
       troy@cahill.com

-and -

Karen King, Esq.
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
Email: kking@maglaw.com