**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| | |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | Adv. Pro. No. 24-50222 (KBO) |
| Plaintiffs, | **Re: Adv. Docket Nos. 15, 17, 19, 20 & 21** |
| v. | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Zachary J. Javorsky, hereby certify that on March 28, 2025, I caused copies of the following to be served on the parties set forth on the attached service list in the manner indicated:

- Plaintiffs' *Ex Parte* Motion to (A) Serve the Individual Defendants by Alternative Means and (B) Set a Scheduling Conference with all Defendants [Adv. Docket No. 15; Filed March 28, 2025]

- Declaration of Hussein Momani in Support of Plaintiffs' *Ex Parte* Motion to (A) Serve the Individual Defendants by Alternative Means and (B) Set a Scheduling Conference with all Defendants [Adv. Docket No. 17; Filed March 28, 2025]

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

- Motion for Entry of an Order Authorizing Plaintiffs to File Under Seal Certain Confidential Information of Individual Defendants [Adv. Docket No. 19; Filed March 28, 2025]

- Memorandum in Support of Plaintiffs' *Ex Parte* Motion to (A) Serve the Individual Defendants by Alternative Means and (B) Set a Scheduling Conference with all Defendants (Redacted) [Adv. Docket No. 20; Filed March 28, 2025]

- Declaration of Ashley Rona Chase in Support of Plaintiffs' *Ex Parte* Motion to (A) Serve the Individual Defendants by Alternative Means and (B) Set a Scheduling Conference with all Defendants (Redacted) [Adv. Docket No. 21; Filed March 28, 2025]

*/s/ Zachary J. Javorsky*
Zachary J. Javorsky (No. 7069)

# <u>Service List</u>

**<u>Via Email</u>**

Gregory Strong, Esq.
Cahill, Gordon & Reindel LLP
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
Email: gstrong@cahill.com

Samson Enzer, Esq.
Herbert S. Washer, Esq.
Edward Moss, Esq.
Joel H. Levitin, Esq.
Gregory Mortenson, Esq.
Tamy L. Roy, Esq.
Cahill, Gordon & Reindel LLP
32 Old Slip
New York, NY 10005
Email: senzer@cahill.com
hwasher@cahill.com
emoss@cahill.com
jlevitin@cahill.com
gmortenson@cahill.com
troy@cahill.com

-and-

Karen King, Esq.
Peter Menz, Esq.
Morvillo Abramowitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017
Email: kking@maglaw.com
pmenz@maglaw.com

-and-

Justin V. Shur, Esq.
MoloLamken LLP
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037
Email: jshur@mololamken.com