IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (KBO) <br><br> (Jointly Administered) |
| FTX RECOVERY TRUST; FTX DIGITAL MARKETS, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 <br><br> Defendants. | Adv. Pro. No. 24-50222 (KBO) <br><br><br> **Re: Adv. D.I. 19** |

**CERTIFCATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion for Entry of an Order Authorizing Plaintiffs to File Under Seal Certain Confidential Information of Individual Defendants* [Adv. D.I. 19] (the "**Motion to Seal**") filed on March 28, 2025. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 32790960v.1

Motion to Seal appears thereon.  Responses, if any, to the relief requested in the Motion to Seal were to be filed and served on or before April 11, 2025.

It is hereby respectfully requested that the Court enter the proposed form of order attached to the Motion to Seal, a copy of which is attached hereto as <u>Exhibit A</u>, at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: April 14, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Kevin Gross*<br>**RICHARDS, LAYTON & FINGER, P.A**.<br>Kevin Gross (No. 209)<br>Paul N. Heath (No. 3704)<br>Brendan J. Schlauch (No. 6115)<br>Robert C. Maddox (No. 5356)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone:    (302) 651-7700<br>Facsimile:    (302) 651-7701<br>gross@rlf.com<br>heath@rlf.com<br>schlauch@rlf.com<br>maddox@rlf.com<br><br>-and-<br><br>**WHITE & CASE LLP**<br><br>J. Christopher Shore (admitted pro hac vice)<br>Brian D. Pfeiffer (admitted pro hac vice)<br>Colin West (admitted *pro hac vice*)<br>Ashley R. Chase (admitted pro hac vice)<br>Brett L. Bakemeyer (admitted pro hac vice)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>cwest@whitecase.com<br>ashley.chase@whitecase.com<br>brett.bakemeyer@whitecase.com<br><br>*Attorneys for the Plaintiffs* |

**Exhibit A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> FTX TRADING LTD., *et al.*,[1] <br> Debtors. | Chapter 11 <br> Case No. 22-11068 (KBO) <br> (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 <br><br> Defendants. | Adv. Pro. No. 24-50222 (KBO) <br><br> **Re: Adv. D.I. 19** |

### ORDER AUTHORIZING PLAINTIFFS TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION OF INDIVIDUAL DEFENDANTS

Upon consideration of the *Motion for Entry of an Order Authorizing Plaintiffs to File Under Seal Certain Confidential Information of Individual Defendants* (the "**Motion**")[2] by Plaintiffs pursuant to section 107 of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1; the Court finds that it has jurisdiction over this matter; due and proper notice of the Motion

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

has been given, and no other or further notice is required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation, and sufficient cause appearing therefor; it is hereby

**ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Pursuant to section 107(c) of the Bankruptcy Code, Plaintiffs are authorized to redact or seal from the Memorandum, the Chase Declaration, the Affidavits of Services, and any other documents filed with this Court the Confidential Information of the Individual Defendants; *provided, however*, that Plaintiffs shall submit an unredacted or unsealed version of the Memorandum, the Chase Declaration, the Affidavits of Service and any other filings filed under seal pursuant to this Order to (a) the Court, (b) upon request, the Individual Defendants, (c) upon request and on a confidential basis, to the U.S. Trustee, and (d) any other party in interested only upon the agreement of the applicable Individual Defendant or further order of the Court.

3. Plaintiffs are authorized to take all actions necessary or appropriate to effective the relief granted in this Order.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.