IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-11068 (KBO) <br><br> (Jointly Administered) |
| FTX RECOVERY TRUST; FTX DIGITAL MARKETS, LTD. <br><br> Plaintiffs, <br><br> v. <br><br> BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 <br><br> Defendants. | Adv. Pro. No. 24-50222 (KBO) <br><br><br> **Re: Adv. D.I. 15** |

**CERTIFICATION OF COUNSEL REGARDING PLAINTIFFS'** ***EX PARTE*** **MOTION TO (A) SERVE THE INDIVIDUAL DEFENDANTS BY ALTERNATIVE MEANS AND (B) SET A SCHEDULING CONFERENCE WITH ALL DEFENDANTS**

The undersigned hereby certifies as follows:

1. On March 28, 2025, the Plaintiffs filed the *Plaintiffs'* Ex Parte *Motion to (A) Serve the Individual Defendants by Alternative Means and (B) Set A Scheduling Conference with All*

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

*Defendants* [Adv. D.I. 15] (the "**Motion to Serve**").[2] Attached thereto as **Exhibit A** was a proposed form of order granting the relief requested in the Motion to Serve (the "**Proposed Order**").

2. Responses or objections to the Motion to Serve, if any, were to be filed and served no later than April 11, 2025 (the "**Objection Deadline**").

3. On April 8, 2025, counsel for Changpeng Zhao ("**Zhao**") filed a notice of appearance and motions for admission *pro hac vice* for the purpose of responding to the Motion to Serve. [Adv. D.I. 22–24].

4. On April 9, 2025, counsel for Binance Holdings Ltd., Binance Holdings (IE) Ltd., and Binance (Services) Holdings Ltd. (the "**BHL Entities**" and together with Zhao, the "**Stipulating Defendants**") filed a notice of appearance and motions for admission *pro hac vice*. [Adv. D.I. 28–33].

5. Plaintiffs and the Stipulating Defendants agreed to enter into stipulations extending the Stipulating Defendants' deadline to respond to the Motion to Serve to Friday, April 18, 2025 [Adv. D.I. 41–42].

6. Other than as described above, the Plaintiffs received no objections or other responses from Individual Defendants Dinghua Xiao and Samuel Wenjun Lim to the Motion to Serve prior to the applicable Objection Deadline. The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Motion to Serve with respect to Individual Defendants Dinghua Xiao and Samuel Wenjun Lim appears thereon.

---

[2] All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Serve.

7.  Given the lack of objections or responses by Individual Defendants Dinghua Xiao and Samuel Wenjun Lim to the Motion to Serve, the Plaintiffs have prepared a revised Proposed Order (the "**Revised Proposed Order**") approving service on the Individual Defendants Dinghua Xiao and Samuel Wenjun Lim through the means articulated in the Service Plan. A copy of the Revised Proposed Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Proposed Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

8.  The Revised Proposed Order has been circulated to the Stipulating Defendants' counsel and they take no position with respect to service on the Individual Defendants Dinghua Xiao and Samuel Wenjun Lim, but otherwise reserve all rights with respect to the contents of the Revised Proposed Order

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Plaintiffs respectfully request that the Revised Proposed Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of this Court.

| | |
|---|---|
| Dated: April 15, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>/s/ Robert C. Maddox<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Kevin Gross (No. 209)<br>Paul N. Heath (No. 3704)<br>Brendan J. Schlauch (No. 6115)<br>Robert C. Maddox (No. 5356)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>gross@rlf.com<br>heath@rlf.com<br>schlauch@rlf.com<br>maddox@rlf.com<br><br>-and-<br><br>**WHITE & CASE LLP**<br><br>J. Christopher Shore (admitted pro hac vice)<br>Brian D. Pfeiffer (admitted pro hac vice)<br>Colin West (admitted *pro hac vice*)<br>Ashley R. Chase (admitted pro hac vice)<br>Brett L. Bakemeyer (admitted pro hac vice)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>cshore@whitecase.com<br>brian.pfeiffer@whitecase.com<br>cwest@whitecase.com<br>ashley.chase@whitecase.com<br>brett.bakemeyer@whitecase.com<br><br>*Attorneys for the Plaintiffs* |

RLF1 32792819v.1