# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>FTX TRADING LTD., *et al.*, [1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>                      Plaintiffs,<br><br>- against -<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>                      Defendants. | Adv. Pro. No. 24-50222 (KBO) |

## CERTIFICATION OF COUNSEL REGARDING
## STIPULATED SCHEDULING ORDER

The undersigned hereby certifies as follows:

1. On November 10, 2024, Plaintiffs[2] initiated the above-captioned adversary proceeding (the "Adversary Proceeding") by filing the *Complaint for Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. §§ 544, 548, 550, Injurious Falsehood, Fraud, Intentional Misrepresentation, and Unjust Enrichment* [Adv. D.I. 1], in the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "Reorganized Debtors") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] On February 11, 2025, this Court entered an Order authorizing the FTX Recovery Trust to substitute in as Plaintiff for all Debtors in the above-captioned chapter 11 case. [Adv. D.I. 12]

2. On February 24, 2025, Plaintiffs and Defendants Binance Holdings Ltd., Binance Holdings (IE) Ltd., Binance (Services) Holdings Ltd., and Binance Capital Management Co. Ltd. (collectively, the "Stipulating Defendants") entered into a stipulated scheduling order (the "Original Scheduling Order") regarding a motion to dismiss briefing schedule, which the Court entered the following day. *See* [Adv. D.I. 10 &11]. Pursuant to the Original Scheduling Order, the Stipulating Defendants are scheduled to file motions to dismiss on May 9, 2025, with oppositions due July 24, 2025, and replies due August 27, 2025. *Id.*

3. Plaintiffs and the Stipulating Defendants (together, the "Parties") have conferred and agreed to extend these deadlines. The Parties have accordingly agreed to a revised stipulation (the "Stipulation") regarding a revised schedule with respect to the motion to dismiss phase of this Adversary Proceeding.

4. Plaintiffs have prepared a proposed form of order (the "Revised Scheduling Order") approving the Stipulation attached thereto, and such proposed Revised Scheduling Order is attached hereto as **Exhibit A**.

WHEREFORE, the Parties respectfully request that this Court enter the Revised Scheduling Order, substantially in the form attached hereto as **Exhibit A**, approving the Stipulation attached thereto as **Exhibit 1**, at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: May 8, 2025<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Robert C. Maddox*<br>Kevin Gross (No. 209)<br>Paul N. Heath (No. 3704)<br>Brendan J. Schlauch (No. 6115)<br>Robert C. Maddox (No. 5356)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>E-mail: gross@rlf.com<br>           heath@rlf.com<br>           schlauch@rlf.com<br>           maddox@rlf.com<br><br>-and-<br><br>**WHITE & CASE LLP**<br>J. Christopher Shore (admitted *pro hac vice*)<br>Brian D. Pfeiffer (admitted *pro hac vice*)<br>Colin West (admitted *pro hac vice*)<br>Ashley R. Chase (admitted *pro hac vice*)<br>Brett L. Bakemeyer (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Email: cshore@whitecase.com<br>          brian.pfeiffer@whitecase.com<br>          cwest@whitecase.com<br>          ashley.chase@whitecase.com<br>          brett.bakemeyer@whitecase.com<br><br>*Counsel for the Plaintiffs* |