# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*: <br><br> FTX TRADING LTD., *et al.*,[1] <br><br> Debtors. <br><br> FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. <br><br> Plaintiffs, <br><br> - against - <br><br> BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 <br><br> Defendants. | Chapter 11 <br><br> Case No. 22-11068 (KBO) <br><br> (Jointly Administered) <br><br><br><br><br><br><br><br> Adv. Pro. No. 24-50222 (KBO) |

## SCHEDULING ORDER

Upon consideration of the stipulation governing the motion to dismiss phase of this Adversary Proceeding, a copy of which is attached hereto as **Exhibit 1** (the "Stipulation"), between the parties subject to the Stipulation; and the Court having jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that good and sufficient cause exists for approval of the Stipulation,

**IT IS HEREBY ORDERED THAT**:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "Reorganized Debtors") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1. The Stipulation is hereby approved.

2. The Stipulation shall become effective immediately upon entry of this Order.

3. In light of this Stipulation, the motion to dismiss briefing dates set forth in the prior stipulation entered by the Court on February 25, 2025 concerning the motion to dismiss briefing schedule for Defendants Binance Holdings Ltd., Binance Holdings (IE) Ltd., Binance (Services) Holdings Ltd., and Binance Capital Management Co. Ltd. [Adv. D.I. 11] are hereby null and void.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

**Dated: May 9th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 32940620v.1