# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                      Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>                      Plaintiffs,<br><br>- against -<br><br>BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>                      Defendants. | Adv. Pro. No. 24-50222 (KBO)<br><br>**Related to Docket No. 1** |

## DEFENDANT DIGITAL ANCHOR HOLDINGS LIMITED'S
## MOTION TO COMPEL ARBITRATION, DISMISS, OR ABSTAIN

Defendant Digital Anchor Holdings Limited, formerly known as Binance Capital Management Co. Ltd. ("Digital Anchor"), by and through undersigned counsel, respectfully moves to compel arbitration pursuant to Fed. R. Bankr. P. 7012(b) and Fed. R. Civ. P. 12(b)(1); to

dismiss pursuant to Fed. R. Bankr. P. 7012(b) and Fed. R. Civ. P. 12(b)(1), (2), and (6); and to permissively abstain pursuant to 28 U.S.C. § 1334(c)(1).[1]

In support, Digital Anchor has concurrently filed, and incorporates hereby by reference, its Brief in Support of Defendant Digital Anchor Holdings Limited's Motion to Compel Arbitration, Dismiss, or Abstain.

WHEREFORE, for all the reasons set forth herein and in the accompanying brief, Digital Anchor respectfully requests that the Court enter an order to compel arbitration; and/or to dismiss the claims against Digital Anchor for lack of personal jurisdiction and/or for failure to state a claim; and/or to abstain from hearing these claims, and to grant such other and further relief as the Court deems just and appropriate.  A proposed order is attached hereto as **Exhibit 1**.

Respectfully submitted,

Dated: May 16, 2025
Wilmington, Delaware

**CONNOLLY GALLAGHER, LLP**

*/s/ Karen C. Bifferato*
Karen C. Bifferato (DE Bar No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 888-6221
kbifferato@connollygallagher.com

-and-

---

[1] Pursuant to Fed. R. Bankr. P. 7012(b), Digital Anchor states that it does not consent to the entry of final orders or judgments by the Bankruptcy Court.

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

Karen R. King *(pro hac vice* forthcoming*)*
Peter Menz *(pro hac vice* forthcoming*)*
565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (telephone)
(212) 856-9494 (facsimile)
kking@maglaw.com
pmenz@maglaw.com

*Attorneys for Defendant Digital Anchor Holdings Limited*