# Exhibit 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>             Plaintiffs,<br><br>      - against -<br><br>BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>             Defendants. | Adv. Pro. No. 24-50222 (KBO)<br><br>**Related to Docket No.** ____ |

## ORDER GRANTING DEFENDANT DIGITAL ANCHOR HOLDINGS LIMITED'S MOTION TO COMPEL ARBITRATION, DISMISS, AND ABSTAIN

Upon consideration of the motion ("Motion") of Defendant Digital Anchor Holdings Limited to compel arbitration, dismiss this matter for lack of personal and subject matter jurisdiction and for failure to state a claim, and to abstain, and any responses thereto and argument thereon, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED as stated herein;
2. The Court hereby dismisses all claims against Digital Anchor Holdings Limited in the above-captioned adversary proceeding, with prejudice.