**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | |
| Debtors. | Case No. 22-11068 (KBO) |
| | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | |
| Plaintiffs, | |
| - against - | |
| BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | Adv. Pro. No. 24-50222 (KBO) |
| | **Related to Docket Nos. 62 and 63** |
| Defendants. | |

**DECLARATION OF KAREN R. KING IN SUPPORT OF DEFENDANT
DIGITAL ANCHOR HOLDINGS LIMITED'S MOTION TO COMPEL ARBITRATION
AND MOTION TO DISMISS**

I, Karen R. King, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a principal of Morvillo Abramowitz Grand Iason & Anello P.C., counsel for Defendant Digital Anchor Holdings Limited in this action.  I make this declaration based on my personal knowledge and my review of the record in this matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the July 15, 2021 Share Transfer Agreement between FTX Trading Ltd., Binance Capital Management Co. Ltd., and Euclid Way Ltd.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the July 15, 2021 Share Transfer Agreement between Samuel Bankman-Fried and Changpeng Zhao.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the July 15, 2021 Share Transfer Agreement between Nishad Singh and Samuel Wenjun Lim.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the July 15, 2021 Share Transfer Agreement between Zixiao Wang and Samuel Wenjun Lim.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the July 15, 2021 Share Transfer Agreement between Samuel Bankman-Fried and Dinghua Xiao.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the July 15, 2021 Share Transfer Agreement between Zixiao Wang and Dinghua Xiao.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the 2018 Administered Arbitration Rules of the Hong Kong International Arbitration Centre.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the 2024 Administered Arbitration Rules of the Hong Kong International Arbitration Centre.

Dated: May 16, 2025          **/s/** Karen R. King
      New York, NY          Karen R. King