**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | |
| Plaintiffs, | |
| - against - | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | Adv. Pro. No. 24-50222 (KBO) |
| Defendants. | |

**DEFENDANTS BINANCE HOLDINGS LIMITED'S, BINANCE HOLDINGS (IE)**
**LIMITED'S, AND BINANCE (SERVICES) HOLDINGS LIMITED'S MOTION TO**
**DISMISS THE COMPLAINT**

Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (the "BHL Defendants"), by and through their undersigned counsel, submit this motion (the "Motion") requesting that the Court dismiss the Complaint filed by Plaintiffs FTX Recovery Trust and FTX Digital Markets, Ltd., under Rules 12(b)(1), (2), and (6) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure.

In support of this Motion, the BHL Defendants rely upon (i) the Memorandum of Law in Support of the BHL Defendants' Motion to Dismiss the Complaint (the "Memorandum"); and (ii)

the Declaration of Gregory Strong in Support of the BHL Defendants' Motion to Dismiss the

Complaint, and the exhibits thereto.

WHEREFORE, for the reasons set forth in the Memorandum, the BHL Defendants

respectfully request that the Court issue an order granting the Motion and dismissing the Complaint

with prejudice as to the BHL Defendants and granting the BHL Defendants such further relief as

this Court may deem just and proper.  A proposed form of order granting the Motion is submitted

herewith.

Respectfully submitted,

Dated: May 16, 2025

Samson A. Enzer[*]
Herbert S. Washer[*]
Edward N. Moss[*]
Joel H. Levitin[*]
Gregory Mortenson[*]
32 Old Slip
New York, NY 10005
(212) 701-3000
SEnzer@cahill.com
HWasher@cahill.com
EMoss@cahill.com
JLevitin@cahill.com
GMortenson@cahill.com
[*] *admitted pro hac vice*

CAHILL GORDON & REINDEL LLP
*/s/ Gregory Strong*
Gregory Strong (No. 4664)
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
(302) 884-0001
GStrong@cahill.com

*Attorneys for Defendants Binance Holdings*
*Limited, Binance Holdings (IE) Limited, and*
*Binance (Services) Holdings Limited*

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL<br>MARKETS, LTD.<br><br>                  Plaintiffs,<br><br>          - against -<br><br>BINANCE HOLDINGS LIMITED.,<br>BINANCE CAPITAL MANAGEMENT CO.<br>LTD, BINANCE HOLDINGS (IE)<br>LIMITED, BINANCE (SERVICES)<br>HOLDINGS LIMITED, CHANGPENG<br>ZHAO, DINGHUA XIAO, SAMUEL<br>WENJUN LIM, and DOES 1-1000<br><br>                  Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**ORDER GRANTING DEFENDANTS BINANCE HOLDINGS LIMITED'S, BINANCE HOLDINGS (IE) LIMITED'S, AND BINANCE (SERVICES) HOLDINGS LIMITED'S <u>MOTION TO DISMISS THE COMPLAINT</u>**

UPON CONSIDERATION of Defendants Binance Holdings Limited's, Binance Holdings (IE) Limited's, and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint under Rules 12(b)(1), (2), and (6) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "<u>Motion</u>"); and the Court having reviewed the Motion, the Memorandum of Law in Support of Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint (the "<u>Memorandum</u>"), and the oppositions and replies thereto; and the Court having determined that the legal and factual bases set forth in the Motion and Memorandum establish just cause for the

1

relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      The Complaint is DISMISSED WITH PREJUDICE as to Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited.

3.      This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am not less than 18 years of age and that on this 16th day of May, 2025, I caused a true and correct copy of the foregoing Defendants Binance Holdings Limited's, Binance Holdings (IE) Limited's, and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint to be served upon the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the following is true and correct.

Dated: May 16, 2025                    /s/ *Gregory Strong*
        Wilmington, Delaware          Gregory Strong (No. 4664)

**Service List**

<u>**Via CM/ECF**</u>

Kevin Gross
Paul N. Heath
Brendan J. Schlauch
Robert C. Maddox
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com

J. Christopher Shore
Brian D. Pfeiffer
Colin West
Ashley R. Chase
Brett L. Bakemeyer
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com

*Counsel for the Plaintiffs*

Teresa Goody Guillén
Katherine L. McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave., NW, S-1100
Washington, DC 20036
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com

Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 North Market Street Suite 1407
Wilmington, Delaware 19801
jjlyons@bakerlaw.com

*Counsel for Defendant Changpeng Zhao*

Karen C. Bifferatto
CONNOLLY GALLAGHER, LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com

Karen R. King
Peter Menz
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
kking@maglaw.com
pmenz@maglaw.com

*Counsel for Defendant Binance Capital Management Co. Ltd.*