IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>                            Plaintiffs,<br><br>- against -<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>                            Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**DECLARATION OF GREGORY STRONG IN SUPPORT OF BINANCE HOLDINGS LIMITED'S, BINANCE HOLDINGS (IE) LIMITED'S, AND BINANCE (SERVICES) HOLDINGS LIMITED'S MOTION TO DISMISS THE COMPLAINT**

I, Gregory Strong, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney admitted to practice before this Court and am a member of the firm Cahill Gordon & Reindel LLP, attorneys for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (the "BHL Defendants"). I submit this declaration to place before the Court certain documents and information referenced in the Memorandum of Law in Support of the BHL Defendants' Motion to Dismiss the Complaint.

2.     Attached as **Exhibit A** is a true and correct copy of FTX Trading Ltd.'s Form D, dated August 5, 2021, and filed with the United States Securities and Exchange Commission

("SEC"), which was obtained from the SEC's EDGAR service, available at https://www.sec.gov/Archives/edgar/data/1876386/000187638621000001/xslFormDX01/primary_doc.xml.

3.  Attached as **Exhibit B** is a true and correct copy of FTX Trading Ltd.'s Form D, dated November 2, 2021, and filed with the SEC, which was obtained from the SEC's EDGAR service, available at https://www.sec.gov/Archives/edgar/data/1876386/000187638621000002/xslFormDX01/primary_doc.xml.

4.  Attached as **Exhibit C** is a true and correct copy of the July 20, 2021 article by Zack Seward of CoinDesk titled, *FTX Crypto Exchange Valued at $18B in $900M Funding Round*, available at https://bit.ly/4jovZWF.

5.  Attached as **Exhibit D** is a true and correct copy of the October 21, 2021 press released published on PR Newswire titled, *FTX Trading Ltd. Closes $420 Million Series B-1 Funding Round*, available at https://bit.ly/44ipEYr.

6.  Attached as **Exhibit E** is a true and correct copy of the January 31, 2022 press release published on PR Newswire titled, *FTX Trading Ltd. Closes $400M Series C Round*, available at https://bit.ly/4crEUo8.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 16, 2025　　　　　　　　　　　　　*/s/ Gregory Strong*
Wilmington, Delaware　　　　　　　　　　　　Gregory Strong (No. 4664)