# Exhibit E

# FTX Trading Ltd. Closes $400M Series C Round

## The Company's valuation grows to $32B as a result of this latest round

[FTX Trading Ltd.](#)

**News provided by**

Jan 31, 2022, 08:00 ET

NASSAU, Bahamas, Jan. 31, 2022 /PRNewswire/ -- FTX Trading Ltd. ("FTX" or "the Company"), owner and operator of FTX.COM, today announced the closing of a $400 million Series C fundraise, increasing the valuation of the Company to $32 billion. The round saw participation from Temasek, Paradigm, Ontario Teachers' Pension Plan Board, NEA, IVP, SoftBank Vision Fund 2, Lightspeed Venture Partners, Steadview Capital, Tiger Global, and Insight Partners, among others.

The Company also disclosed that all investors involved in the Series C raise simultaneously participated in the previously announced FTX US Series A funding round, which valued FTX US at $8 billion.

The Series C round is the third fundraise to occur in the past

six months for FTX.COM, bringing the total amount raised to $1.8 billion with FTX's valuation increasing by over 75% in that period. Many of the investors contributing to the Series C also participated in previous rounds, demonstrating the investors' belief in the Company's vision and their continued support of FTX's explosive growth.

FTX CEO, Sam Bankman-Fried commented, "Our Series C financing round represents a milestone achievement for FTX, as we raised close to $2 billion in six months. This round will support our continued mission of delivering innovative products and services to the marketplace as well as expanding our global reach with additional licenses around the world. With the ongoing support from our dedicated investors and userbase, FTX will look to continue interacting with regulators to facilitate access to digital assets in a safe and compliant manner. We look forward to working alongside our investors to achieve our mission and continue our tremendous growth throughout 2022 and beyond."

FTX has grown significantly since the Company was valued at $25 billion during its Series B-1 round in October 2021, with the Company's user base growing 60% and its average daily trading volume increasing 40%, reaching approximately $14 billion in daily volume. Since October, FTX has established itself as the third-largest crypto exchange in the world and the largest exchange outside of China. The

Company also recently launched FTX Ventures, a $2 billion venture fund created to advance global blockchain, cryptocurrency and Web3 adoption.

**About FTX.COM**

FTX.COM is a cryptocurrency exchange built by traders, for traders. It offers innovative products, including industry-leading derivatives, options and volatility products, tokenized stocks, prediction markets, leveraged tokens and an OTC desk. FTX.COM strives to be an intuitive yet powerful platform for all kinds of users, and to be the most innovative exchange in the industry. FTX.COM has grown quickly since its founding, becoming one of the most respected cryptocurrency exchanges in the world in 2 years.

To learn more about FTX.COM, please visit: https://ftx.com/

FTX.COM is not available to U.S. residents or residents of other prohibited jurisdictions, as set out in its Terms of Service.

**Media Contact**

Peter Padovano

M Group Strategic Communications (for FTX.COM)

646-859-5953

ftx@mgroupsc.com

SOURCE FTX Trading Ltd.

# WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?

440k+

Newsrooms &

Influencers

9k+

Digital Media

Outlets

270k+

Journalists

Opted In

[GET STARTED](#)