## Exhibit 1

**Stipulation**

RLF1 33064094v.1

**Scheduling Stipulation**

1. **The Parties.**

   a. This scheduling stipulation (the "Stipulation"), by and among (i) the above-captioned Plaintiffs, and (ii) Dinghua Xiao and Samuel Wenjun Lim (the "Stipulating Defendants" and, together with Plaintiffs, the "Parties" and each a "Party") shall apply in the above-captioned adversary proceeding (the "Adversary Proceeding").

2. **Service of Complaint.**[1]

   a. Plaintiffs served the following Defendants pursuant to the *Order Granting Part of Plaintiffs' Ex Parte Motion to (A) Serve the Individual Defendants by Alternative Means and (B) Set a Scheduling Conference With All Defendants* [Adv. D.I. 48], which granted Plaintiffs leave and permission to serve the summons and Complaint upon Defendants Dinghua Xiao and Samuel Wenjun Lim (the "Stipulating Defendants") through the means articulated in the Service Plan:[2]

      i. Dinghua Xiao on or before May 7, 2025;

      ii. Samuel Wenjun Lim on or before May 2, 2025.

3. **Response to Complaint.**

   a. The Parties have conferred and agreed that the deadline to respond to the Complaint shall be July 11, 2025.

   b. If, in lieu of an answer, any of the Stipulating Defendants elects to file a motion to dismiss, stay, or otherwise dispose of the Adversary Proceeding, the schedule for the briefing shall be as follows.

      1. Moving briefs due July 11, 2025.

      2. Oppositions due August 22, 2025; and

      3. Replies due September 12, 2025.

4. **Reservation of Rights.**

   a. In view of the service discussed in Section 2 above, the Stipulating Defendants waive the defense of sufficiency of service of process but do not waive, but rather expressly reserve, any and all other rights, defenses, and objections to the claims in this action (including but not limited to defenses based upon lack of personal or subject matter

---

[1] The "Complaint" refers to the complaint filed in the Adversary Proceeding on November 10, 2024 [Adv. D.I. 1].

[2] The "Service Plan" has the meaning ascribed to it in *Plaintiffs' Ex Parte Motion to (A) Serve the Individual Defendants by Alternative Means, and (B) Set a Scheduling Conference with All Defendants* [Adv. D.I. 15].

jurisdiction, lack of standing, improper venue, or a defendant having been improperly named).

b.  To the extent any Stipulating Defendant moves to dismiss based on lack of personal jurisdiction, after the filing of such motion, Plaintiffs reserve the right to apply to the Court to seek jurisdictional-related discovery that it believes is necessary to oppose any such motion, and the Stipulating Defendants reserve their rights to oppose any such jurisdictional-related discovery.

c.  In the event Plaintiffs seek jurisdictional-related discovery, as set forth in Section 4.b above, the Parties will meet and confer to discuss whether it would be appropriate to extend Plaintiffs' deadline to file oppositions to any motions to dismiss.  In the event the Parties are unable to reach agreement, Plaintiffs may request additional time to file their Opposition to any motion to dismiss in light of such jurisdictional-related discovery, and the Stipulating Defendants would reserve their rights to oppose any such request.

d.  Nothing in this Stipulation shall be deemed a waiver of the Stipulating Defendants' rights under Local Rule 9013-1(h) or any other jurisdictional objections.

e.  Nothing in this Stipulation shall affect the Parties' respective rights to serve or object to fact discovery (or file any motions relating to fact discovery, including a motion to stay discovery pending resolution of any motions to dismiss) before resolution of any motion to dismiss this Adversary Proceeding.

5.  **Scope.**  This Stipulation is not intended to, and in no way shall, affect any rights, obligations, or defenses of any party other than Plaintiffs and the Stipulating Defendants.

6.  **Execution.**  This Stipulation may be executed in counterparts, any of which may be transmitted by facsimile, electronic mail or other means of electronic signature, and each of which shall be deemed an original and all of which together shall constitute one and the same instrument.  Each of the Parties hereto represents that the applicable undersigned signatory is duly authorized to execute this Stipulation on such Party's behalf.

7.  **Modification.**  The Parties may modify any provision hereof on written agreement (which agreement shall not be unreasonably withheld) or, absent such agreement, by seeking an order of the Court upon good cause shown.

Dated: May 29, 2025
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/  Robert C. Maddox*
Kevin Gross (No. 209)
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
Robert C. Maddox (No. 5356)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:  gross@rlf.com
      heath@rlf.com
      schlauch@rlf.com
      maddox@rlf.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Colin West (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Email:  cshore@whitecase.com
      brian.pfeiffer@whitecase.com
      cwest@whitecase.com
      ashley.chase@whitecase.com
      brett.bakemeyer@whitecase.com

*Counsel for the Plaintiffs*

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:         ljones@pszjlaw.com

-and-

**MOLOLAMKEN LLP**

Justin V. Shur (admitted *pro hac vice*)
Walter H Hawes IV (admitted *pro hac vice*)
600 New Hampshire Ave., N.W.
Washington, D.C.  20037
Telephone: (202) 556-2005
Facsimile:  (202) 556-2001
Email:    jshur@mololamken.com
            whawes@mololamken.com

*Counsel for Defendant Samuel Wenjun Lim*

*/s/ Matthew L. Mazur*

**DECHERT LLP**

Matthew L. Mazur (*pro hac vice* pending)
May Chiang (*pro hac vice* pending)
Hayoung Park (*pro hac vice* pending)
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email:    matthew.mazur@dechert.com
            may.chiang@dechert.com
            hayoung.park@dechert.com

*Counsel for Defendant Dinghua Xiao*