**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000,<br><br>Defendants. | Adv. Pro. No. 24-50222 (KBO)<br><br>**Related to Docket No. 1** |

**DEFENDANT SAMUEL WENJUN LIM'S**
**<u>MOTION TO DISMISS THE COMPLAINT</u>**

Defendant Samuel Wenjun Lim, by and through undersigned counsel, respectfully moves

to dismiss the Complaint's claims against Lim pursuant to Fed. R. Bankr. P. 7012(b) and Fed. R.

Civ. P. 12(b)(1), (2), and (6).[2]

---

[1] A complete list of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Pursuant to Fed. R. Bankr. P. 7012(b), Lim states that he does not presently consent to the entry of final orders or judgments by the Bankruptcy Court.

In support, Lim has concurrently filed Defendant Samuel Wenjun Lim's Brief in Support of Motion to Dismiss the Complaint, which is hereby incorporated by reference.

WHEREFORE, for the reasons set forth herein and in the accompanying brief, Lim respectfully requests that the Court enter an order dismissing the Complaint's claims against Lim for lack of personal jurisdiction and/or for failure to state a claim, or, in the alternative, enter an order compelling arbitration for those claims.  A proposed order is attached as **Exhibit 1**.

Respectfully submitted,

Dated: July 11, 2025
Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com

-and-

**MOLOLAMKEN LLP**
Justin V. Shur (admitted *pro hac vice*)
Walter H Hawes IV (admitted *pro hac vice*)
600 New Hampshire Ave., N.W.
Washington, D.C.  20037
Telephone: (202) 556-2005
Facsimile: (202) 556-2001
Email: jshur@mololamken.com
        whawes@mololamken.com

*Counsel for Defendant Samuel Wenjun Lim*