# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.<br><br><br>FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000,<br><br>Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br><br>Adv. Pro. No. 24-50222 (KBO)<br><br>**Related to Docket No(s). ___** |

**ORDER GRANTING DEFENDANT SAMUEL WENJUN LIM'S
MOTION TO DISMISS THE COMPLAINT**

UPON CONSIDERATION of Defendant Samuel Wenjun Lim's Motion to Dismiss the Complaint (the "Motion"), the Brief in Support of the Motion, and the oppositions and replies thereto; and the Court having determined that the legal and factual bases set forth therein establish just cause for the relief granted; and upon all the proceedings before the Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein, and

2. All claims in the above-captioned adversary proceeding brought against Defendant Samuel Wenjun Lim are hereby **DISMISSED WITH PREJUDICE**.