# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>                Plaintiffs,<br><br>   -against-<br><br>BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000,<br><br>                Defendants. | Adv. Pro. No. 24-50222 (KBO) |

## DECLARATION OF SAMUEL WENJUN LIM
## IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT

I, Samuel Wenjun Lim, pursuant to 28 U.S.C. § 1746, hereby submit this declaration ("Declaration") under penalty of perjury:

1. I submit this Declaration in support of the concurrently filed Defendant Samuel Wenjun Lim's Motion to Dismiss the Complaint.

---

[1] A complete list of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2. I am at least 18 years old. I have personal knowledge of the facts set forth herein. If called as a witness, I would testify as to those facts.

3. I am a Singaporean national. I am not, and never have been, a United States citizen.

4. I currently reside in Singapore. I have never resided in the United States, nor have I ever owned real property in the United States.

5. I am not currently employed by Binance Holdings Limited, Binance Capital Management Co., Ltd., Binance Holdings (IE) Limited, Binance (Services) Holdings Limited (collectively "Binance"), or any related or associated entity in any capacity.

6. I have not worked for Binance or any related or associated entity in any capacity at any time since the above-captioned adversary proceeding was initiated on November 10, 2024.

7. I was previously employed by Binance.

8. In the course of my employment at Binance, I served as the nominal shareholder of West Realm Shires, Inc. ("WRS") securities.

9. I nominally held WRS securities exclusively on behalf of my former employer, Binance.

10. I never engaged in any substantive business activities relating to WRS or its subsidiary, West Realm Shires Services Inc., d/b/a "FTX US" ("WRSS"), in conjunction with my nominal ownership of WRS securities. Nor did I ever engage in any activity relating to WRS or WRSS that created or involved any connection to the United States. I never traveled to the United States to meet with any WRS or WRSS employees or executives. I never communicated with any U.S.-based WRS or WRSS employees or executives— or any agents thereof—regarding those entities' U.S.-based business activities. Nor

did I ever exercise any decision-making authority associated with the WRS securities I nominally held on Binance's behalf.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, information, and belief, the foregoing is true and correct.

Executed on:  July 11, 2025
Singapore, Singapore

/s/ Samuel Wenjun Lim
SAMUEL WENJUN LIM