**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| FTX Trading LTD., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.. | |
| Plaintiffs, | |
| - against – | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | Adv. Pro. No. 24-50222 (KBO) |
| Defendants. | |

## DEFENDANT DINGHUA XIAO'S MOTION TO DISMISS THE COMPLAINT

Defendant Dinghua Xiao, by and through undersigned counsel, submit this motion (the "Motion") requesting that the Court dismiss the Complaint filed by Plaintiffs FTX Recovery Trust and FTX Digital Markets, Ltd., under Rules 12(b)(1), (2), and (6) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure.

In support of this Motion, Dinghua Xiao relies upon (i) the Memorandum of Law in Support of Dinghua Xiao's Motion to Dismiss the Complaint (the "Memorandum"); and (ii) the Declaration of Dinghua Xiao in Support of His Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction.

WHEREFORE, for the reasons set forth in the Memorandum, Dinghua Xiao respectfully requests that the Court issue an order granting the Motion and dismissing the Complaint with prejudice as to Dinghua Xiao and granting Dinghua Xiao such further relief as this Court may deem just and proper.  A proposed form of order granting the Motion is submitted herewith.

Dated: July 11, 2025
      Wilmington, Delaware

**MELUNEY ALLEMAN & SPENCE LLC**

/s/  *William M. Alleman, Jr.*
William M. Alleman, Jr. (#5449)
Matthew D. Beebe (#5980)
1143 Savannah Road, Suite 3-A
Lewes, DE 19958
Telephone: (302) 551-6740
Facsimile: (302) 551-6840
Email: Bill.Alleman@maslawde.com
      Matt.Beebe@maslawde.com

**DECHERT LLP**

Matthew L. Mazur (Admitted *pro hac vice*)
May Chiang (Admitted *pro hac vice*)
Hayoung Park (Admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email:  matthew.mazur@dechert.com
      may.chiang@dechert.com
      hayoung.park@dechert.com

*Counsel for Defendant Dinghua Xiao*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*<br><br>FTX Trading LTD., et al.,<br><br>      Debtors.<br><br>---<br><br>FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD..<br><br>      Plaintiffs,<br><br>- against –<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>      Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Pro. No. 24-50222 (KBO) |

## <u>ORDER GRANTING DEFENDANT DINGHUA XIAO'S MOTION TO DISMISS THE COMPLAINT</u>

UPON CONSIDERATION of Defendant Dinghua Xiao's Motion to Dismiss the Complaint under Rules 12(b)(1), (2), and (6) of the Federal Rules of Civil Procedure and Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "<u>Motion</u>"); and the Court having reviewed the Motion, the Memorandum of Law in Support of Dinghua Xiao's Motion to Dismiss the Complaint (the "<u>Memorandum</u>"), and the oppositions and replies thereto; and the Court having determined that the legal and factual bases set forth in the Motion and Memorandum establish just cause for the relief

2

granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Complaint is DISMISSED WITH PREJUDICE as to Dinghua Xiao.

3.      This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July 2025, a true and correct copy of Dinghua Xiao's Motion to Dismiss the Complaint was sent via ECF Noticing to all parties receiving ECF Notices in this adversary proceeding.

*/s/ William M. Alleman, Jr.*
William M. Alleman, Jr.