**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | |
| Plaintiffs, | |
| - against - | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | Adv. Pro. No. 24-50222 (KBO) |
| Defendants. | |

**DECLARATION OF DINGHUA XIAO**
**IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
**FOR LACK OF PERSONAL JURISDICTION**

I, Dinghua Xiao, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a defendant in the above-referenced action.

2. I am at least 18 years old.

3. I have personal knowledge of the facts set forth herein. If called as a witness for the limited purpose of contesting the Court's jurisdiction, I would testify as to these facts.

4. I am an individual and an Australian national. I am not, and never have been, a United States citizen.

5. I currently reside in China. I have never resided in the United States, nor have I ever worked in the United States.

6. I have never owned real estate or other assets in the United States.

7. I am not currently employed by Binance Holdings Limited, Binance Capital Management Co., Ltd., Binance Holdings (IE) Limited, Binance (Services) Holdings Limited (collectively "Binance"), or any related or associated entity in any capacity.

8. I have not worked for Binance or any related or associated entity in any capacity at any time in the past three years.

9. In the course of my employment at Binance, I served as a nominal shareholder of West Realm Shires, Inc. ("WRS") securities.

10. I nominally held WRS securities exclusively on behalf of my former employer, Binance.

11. I never engaged in any substantive business activities relating to WRS or its subsidiary, West Realm Shires Services Inc., d/b/a "FTX US" ("WRSS"), in conjunction with my nominal ownership of WRS securities. Nor did I ever engage in any activity relating to WRS or WRSS that created or involved any connection to the United States. I never traveled to the United States to meet with any WRS or WRSS employees or executives. I never communicated with any U.S.-based WRS or WRSS employees or executives— or any agents or associates thereof—regarding those entities' U.S.-based business activities. Nor did I ever exercise any decision-making authority associated with the WRS securities I nominally held on Binance's behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed in Shanghai, People's Republic
of China, on July 11, 2025                      Dinghua Xiao

[REMAINDER OF PAGE LEFT BLANK]

3