**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., | |
| Plaintiffs, | Adv. Pro. No. 24-50222 (KBO) |
| v. | **Re: Adv. D.I. 1** |
| BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

### DEFENDANT CHANGPENG ZHAO'S MOTION TO DISMISS

Defendant Changpeng Zhao, by and through his undersigned counsel, submits this motion (the "Motion") requesting that the Court dismiss the Complaint filed by Plaintiffs FTX Recovery Trust and FTX Digital Markets, Ltd. In support of this Motion, Mr. Zhao relies upon the Memorandum of Law in Support in Support of his Motion to Dismiss (the "Memorandum").

WHEREFORE, for the reasons set forth in the Memorandum, Mr. Zhao respectfully requests that the Court issue an order granting the Motion and dismissing the Complaint with prejudice as to Mr. Zhao and granting Mr. Zhao such further relief as this Court may deem just and proper. A proposed form of order granting the Motion is submitted herewith.

Dated:  August 4, 2025

BAKER & HOSTETLER LLP

/s/  Jeffrey J. Lyons
Jeffrey J. Lyons (#6437)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
jjlyons@bakerlaw.com

Teresa Goody Guillén (admitted *pro hac vice*)
Katherine L. McKnight (admitted *pro hac vice*)
1050 Connecticut Ave., NW, S-1100
Washington, D.C. 20036
Cleveland, OH 44114
(202) 861-1630
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*

2