**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., | |
| Plaintiffs, | Adv. Pro. No. 24-50222 (KBO) |
| v. | **Re: Adv. D.I. 1** |
| BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

**ORDER GRANTING DEFENDANT CHANGPENG ZHAO'S MOTION TO DISMISS**

UPON CONSIDERATION of Changpeng Zhao's Motion to Dismiss (the "Motion"); and the Court having reviewed the Motion, the Memorandum of Law in Support of the Motion (the "Memorandum"), and the oppositions and replies thereto; and the Court having determined that the legal and factual bases set forth in the Motion and Memorandum establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Complaint is DISMISSED WITH PREJUDICE as to Mr. Zhao.

2

3. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.