**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | Adv. Pro. No. 24-50222 (KBO) |
| Plaintiffs, | |
| v. | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

**DECLARATION OF ASHLEY RONA CHASE IN SUPPORT OF**
**PLAINTIFFS' OMNIBUS MEMORANDUM OF LAW IN OPPOSITION OF BINANCE**
**DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT**

---

[1]  The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 33536198v.1

1.    I, Ashley Rona Chase, pursuant to 28 U.S.C. § 1746, declare as follows:

2.    I am an attorney with the law firm of White & Case LLP, counsel to the FTX Recovery Trust[2] and FTX Digital Markets, Ltd.  I am admitted to practice *pro hac vice* before this Court in this action.  *See* Case No. 22-11068 [D.I. 1451].  I submit this declaration (the "**Declaration**") in support of *Plaintiffs' Omnibus Memorandum of Law in Opposition of Binance Defendants' Motions to Dismiss the Complaint* (the "**Opposition**").[3]

3.    This Declaration is based on my personal knowledge and upon my review of the records of this and related matters.

4.    Attached hereto as **Exhibit 1** is a true and correct copy of the Paxos Press Release, dated September 4, 2019, available as of the date of this Declaration at https://www.paxos.com/newsroom/binance-partners-with-paxos-to-launch-usd-backed-stablecoin-busd.

5.    Attached hereto as **Exhibit 2** is a true and correct copy of the Series A Preferred Share Purchase Agreement, dated November 27, 2019.

6.    Attached hereto as **Exhibit 3** is a true and correct copy of an email and attachment from Hon Ng to Samuel Bankman-Fried, dated July 1, 2021, regarding "Re: FTX x Binance."

7.    Attached hereto as **Exhibit 4** is a true and correct copy of an email from Daniel Friedberg to Hon Ng, dated July 5, 2021, regarding "Re: FTX x Binance."

8.    Attached hereto as **Exhibit 5** is a true and correct copy of an email from Hon Ng to Samuel Bankman-Fried, dated July 14, 2021, regarding "Re: FTX x Binance."

---

[2]    This Court substituted the Consolidated Wind Down Trust (the "**FTX Recovery Trust**") as the plaintiff for the Debtors in this adversary proceeding on February 11, 2025.  Case No. 22-11068 [D.I. 29554].

[3]    Capitalized terms not defined herein shall have the meaning ascribed to them in the Opposition.

RLF1 33536198v.1

9.      Attached hereto as **Exhibit 6** is a true and correct copy of an email from Samuel Bankman-Fried, dated July 15, 2021, regarding "Re: FTX v. Binance."

10.     Attached hereto as **Exhibit 7** is a true and correct copy of a funds flow memorandum titled "BCM/FTX Share Transfer," dated July 16, 2021, regarding the 2021 Share Repurchase.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of the Paxos Audit Report, dated July 30, 2021, available as of the date of this Declaration at https://www.paxos.com/busd-transparency#busd-attestations.

12.     Attached hereto as **Exhibit 9** is a true and correct copy of the Letter of Intent between FTX Trading Ltd. and Binance Capital Management Co., Ltd., dated November 8, 2022.

13.     Attached hereto as **Exhibit 10** is a true and correct copy of an email from Kevin McGrath at M Group Strategic Communications to Binance and FTX employees, dated November 8, 2022, regarding "Re: FTX PR Discussion."

14.     Attached hereto as **Exhibit 11** is a true and correct copy of a text message exchange between Changpeng Zhao and Samuel Bankman-Fried, dated November 7, 2022.

15.     Attached hereto as **Exhibit 12** is a true and correct copy of the CoinTelegraph article, *Binance CEO CZ on FTX Crash: "We've Been Set Back a Few Years,"* dated November 12, 2022, available as of the Date of this Declaration at https://cointelegraph.com/news/binance-ceo-cz-on-ftx-crash-we-ve-been-set-back-a-few-years.

16.     Attached hereto as **Exhibit 13** is a true and correct copy of Paxos, *Paxos Will Halt Minting New BUSD Tokens*, dated February 13, 2023, available as of the date of this Declaration at https://www.paxos.com/newsroom/paxos-will-halt-minting-new-busd-tokens.

RLF1 33536198v.1

17.     Attached hereto as **Exhibit 14** is a true and correct copy of the CNN article, *BUSD: US Regulator Orders Paxos to Halt New Issues of Binance-Branded Stablecoin*, dated February 14, 2023, available as of the date of this Declaration at https://www.cnn.com/2023/02/14/investing/paxos-binance-busd-halt-order-us-intl-hnk.

18.     Attached hereto as **Exhibit 15** is a true and correct copy of the Fortune article, *Binance Aggressively Converted Rivals' Stablecoins in a Massive Cash Grab. It Didn't Always Tell its Customers*, dated February 22, 2023, available as of the date of this Declaration at https://fortune.com/crypto/2023/02/22/binance-stablecoin-cash-grab-customers-funds/.

19.     Attached hereto as **Exhibit 16** is a true and correct copy of the Washington State Plea Agreement (*Plea Agreement*, *United States v. Binance Holdings Limited, d/b/a Binance.com*, 23-cr-0178RAJ, [D.I. 23] (W.D. Wash Nov. 21, 2023)).

20.     Attached hereto as **Exhibit 17** is a true and correct copy of the CFTC Consent Order (Consent Order for Permanent Injunction, *CFTC v. Zhao*, 1:23-cv-cv-01887, [D.I. 80] (N.D. Ill. Dec. 14, 2023)).

Dated: August 7, 2025                                      /s/ Ashley Rona Chase
      New York, New York                              Associate
                                                        White & Case LLP

RLF1 33536198v.1