# EXHIBIT 1

# Binance Partners with Paxos to Launch USD-Backed Stablecoin 'BUSD'

Paxos    Sep 4, 2019



NEW YORK--September 5, 2019--The regulated financial institution that digitizes and mobilizes assets, Paxos Trust Company, and global cryptocurrency exchange and blockchain ecosystem, Binance, today announced its partnership to launch a USD-denominated stablecoin, Binance USD (BUSD), which has received approval from the New York State Department of Financial Services (NYDFS).

Rich Teo, Paxos Co-Founder and CEO Asia, commented, "NYDFS's approval of BUSD is a vital step towards long term stability in global crypto markets. We are proud that our stablecoin as a service offering enables trusted companies like Binance to introduce products customized for their users. The Paxos brand symbolizes regulatory integrity, consumer protection and transparency for all of our partners."

Later this month, BUSD will be available on the Paxos platform for direct purchase and redemption 1:1 for U.S. dollars and available on Binance.com for trading initially against BTC, BNB and XRP. Paxos will serve as the USD custodian and issuer of BUSD.

"Paxos is leading the digital trusts space and we are excited to work with them in developing our native stablecoin," said CZ (Chagpeng Zhao), Binance CEO. "We hope to unlock more financial services for the greater blockchain ecosystem through the issuance of BUSD, including more use cases and utility through the power of stable digital assets."

Additional details regarding this partnership will be revealed on-stage at Invest: Asia 2019 where Paxos' Rich Teo and Binance's CFO Wei Zhou will discuss it live on September 12, 2019 at 4:20 pm local time.

**About Paxos**

Paxos Trust Company is on a mission to modernize finance by mobilizing assets at the speed of the internet. Paxos is building a future where all assets—from money to commodities to securities—will be digitized and can move instantaneously, 24/7. Settlement risk will cease to exist, so trillions of dollars of trapped capital can go to work in a global, frictionless economy.

As the first regulated Trust company with blockchain expertise, Paxos is uniquely positioned to mobilize and custody assets digitally. Visit www.paxos.com for more information on Paxos and its institutional-grade products like Paxos Standard token (PAX), PAX Gold (PAXG) and Paxos Confirmation Service for commodities, as well as the itBit crypto-asset exchange and related services including escrow, custody and OTC trading.

**About Binance**

Binance is a blockchain ecosystem comprised of several arms to serve the greater mission of blockchain advancement and the freedom of money. Binance Exchange is the leading global cryptocurrency exchange by trading volume, with users from over 180 countries and regions. The Binance ecosystem is also comprised of Binance Labs (venture capital arm and incubator), Binance DEX (decentralized exchange feature developed on top of its native, community-driven blockchain software system, Binance Chain), Binance Launchpad (token sale platform), Binance Academy (educational portal), Binance Research (market

analysis), Binance Charity Foundation (blockchain-powered donation platform and non-profit for aiding in sustainability) and Trust Wallet (its official multi-coin wallet and dApps browser). For more information, visit: https://www.binance.com

###

**PR Contacts:**

For Binance: pr@binance.com

For Paxos: press@paxos.com