# EXHIBIT 5

---

**From:** Hon Ng

**Sent:** Wed 7/14/2021 2:42:10 AM (UTC)

**To:** Sam Bankman-Fried

**Subject:** Re: FTX x Binance

Hey Sam,
Just FYI I'm at Emmer, sitting by the entrance indoors in a black polo shirt. See you soon.

**Hon Ng**
**General Counsel**



On Tue, Jul 13, 2021 at 10:20 PM Hon Ng                          wrote:

Sam - yes that's it! Emmer. See you there at 10.30am.

Dan - the share certificate is not in HK but we're getting it sent over ASAP. We think it should take 1-2 days by courier. With your consent, I'll sign as authorised signatory before a HK notary which we will be able to get done when the share certificate arrives.

In the meantime, we'll be confirming the relevant price of the BNB and FTT for calculation of the consideration.

Also, we'll provide you with the details of the accounts for the transfer of consideration.

Thanks a lot both, looking fwd to closing this.

Best,
Hon

On Tue, 13 Jul 2021 at 7:23 PM, Sam Bankman-Fried                        wrote:

Great!

I'm

coffee shop sounds good!  (Emmer?)

—

Sam Bankman-Fried
.

On July 13, 2021, 4:43 PM GMT ███████████ wrote:

Dan - I'll find out on the stock certificate.

Sam - great, I'll see you near PP. My mobile is ███████ We can either meet at your offices or perhaps at that coffee shop on the podium level opposite the Continental.

Thanks,
Hon

On Tue, 13 Jul 2021 at 2:38 PM, Sam Bankman-Fried ██████████ wrote:

 10:30am tomorrow near PP works for me!

 —

 Sam Bankman-Fried
 .

> On July 13, 2021, 1:17 PM GMT ██████████ wrote:
>
> Yes -  HK notary is fine, and you certainly can be the authorized signatory. Do you have the original stock certificate in HK?
>
> On Mon, Jul 12, 2021, 11:11 PM Hon Ng ████████████ wrote:
>
>> Is it acceptable to do this in HK? If so, I'm happy to be the signatory to make this happen quickly. Will sync up with David and team on this and to confirm we don't have any outstanding issues.
>> Sam, Dan and team, appreciate the quick turnaround on the questions. Looks like we are there.
>>
>> @Sam Bankman-Fried are you around in PP for coffee at 10.30 tomorrow? Happy to come to PP, I'm nearby too.
>>
>> Thanks,
>>
>> **Hon Ng**
>> **General Counsel**
>> ██████████

On Tue, Jul 13, 2021 at 1:00 PM Daniel Friedberg
██████████████ wrote:

I appreciate the inconvenience and apologize. Unfortunately, we've been advised that we need a notary of some kind to transfer the shares.

The stock transfer agent will accept any notary -- it doesnt need to be a US notary.

Also note that any signatory could work. CZ could authorize another signatory for purposes of the notary.

I hope this helps and sorry for the hassle.

On Mon, Jul 12, 2021, 6:53 PM Wang, David S.
███████████████████████ wrote:

Hi Can,


The signatory for Binance Capital Management is CZ and getting a U.S. notarization outside of the U.S. is a time-consuming process.  It's not nearly as convenient as getting notarization in the U.S.  We would really appreciate it if FTX can forego this notarization request.

David


**From:** Can Sun ███████████████
**Sent:** Tuesday, July 13, 2021 8:46 AM
**To:** Cheng, Vincent ████████████████████████
**Cc:** ████████████    Brooke Xue ████████████████
Helen Hai ███████████████████████
Daniel Friedberg ████████████    Hon Ng
████████████    Wang, David S.
████████████████████
**Subject:** [EXT] RE: FTX x Binance


Vincent,

Thanks for sending these across. I think we're pretty much there. Attached are a few minor edits to the two agreements:

- FTX – we need a notarized signature of the seller on the back of the original stock certificate. Would you be able to provide us with a scanned PDF of its front and back right now? Once signed, we'll also need this to be mailed back to us via courier to close.
- West Realm – confirming no stock certificates so we've removed the requirements.
- Purchase Price – Note that we've updated the purchase price of the West Realm shares to be $152.63/share based on our latest pro forma. The aggregate purchase price of $2.25bn has not changed so the difference has been moved to the FTX agreement.

We'd greatly appreciate if you/the Binance team could confirm sign off or if you have any additional comments at your earliest convenience.

Let us know if it'd be helpful to discuss live.

Best,

Can

**From:** Cheng, Vincent
**Sent:** Monday, July 12, 2021 1:24 PM
**To:** Wang, David S.                                        Can
Sun
**Cc:**                      Brooke Xue
Helen Hai
Daniel Friedberg                      Hon Ng

**Subject:** RE: FTX x Binance

**\*\* EXTERNAL EMAIL \*\***

Hi Can,

Please find attached our further revised two agreements, in clean and redline marked against your prior drafts.  Kindly note that it's subject to Binance's confirmation of the adjusted consideration structure, and the revised drafts are circulated to Binance for concurrent review and subject to any comments they may have.

Best regards,

Vincent

**From:** Cheng, Vincent
**Sent:** Monday, July 12, 2021 12:31 PM
**To:** Wang, David S. ██████████████████████ Can
Sun ████████████████
**Cc:** ██████████ Brooke Xue ██████████████████
Helen Hai ████████████████████
Daniel Friedberg ████████████ Hon Ng
██████████████████
**Subject:** RE: FTX x Binance

Hi Can,

We are reviewing the revised drafts with our client and will revert.  In the meanwhile, we want to understand how Binance's original shareholding percentage in FTX is diluted to the percentage as listed in the attached cap table.  Based on the exiting historical financing documents of FTX shared to us so far, we are still lack of the evidencing documents reflecting (i) the issuance of common shares to Partner 1 (Tom Brady) and Partner 2 (Gisele Caroline Bündchen), and (ii) how the number of shares set aside for Blockfolio Consideration as listed in the

attached cap table is arrived at.  Could you clarify and provide relevant documents for our review? Thanks.

Best regards,

Vincent

**From:** Wang, David S. ████████████████████
**Sent:** Monday, July 12, 2021 11:30 AM
**To:** Can Sun ████████████████
**Cc:** ████████████ Brooke Xue ████████████████
Helen Hai ████████████
Daniel Friedberg ████████████ Cheng, Vincent
████████████ Hon Ng
████████████████
**Subject:** RE: FTX x Binance

Copying my colleague.

**From:** Can Sun ████████████████
**Sent:** Monday, July 12, 2021 11:25 AM
**To:** Hon Ng ████████████████
**Cc:** ████████████ Brooke Xue ████████████████
Helen Hai ████████████████
Daniel Friedberg ████████████ Wang, David S.
████████████████
**Subject:** [EXT] RE: FTX x Binance

Thank you Hon.

In the interest of moving this forwards expediently, we've further revised the agreement to reflect the following changes:

- FTX Agreement –
  - Filled in the name of the purchaser (Euclid Way Ltd, a subsidiary of Alameda Research).
  - Filled in notice information
  - Note that we're still preparing the lost stock certificate/stock power and assignment and be sending that over shortly.
- West Realm Agreement –
  - Revised such that the agreement will only be signed between 1 buyer and 1 seller per agreement. Accordingly, we'll need to sign 5 copies of this agreement:
    - Sam to purchase all of CZ's 93,478 shares
    - Sam to purchase 42,838 of Dinghua Xiao's shares
    - Gary to purchase the remaining 10,423 of Dinghua Xiao's shares
    - Gary to purchase 33,122 of Samuel Lim's shares
    - Nishad to purchase the remaining 20,139 shares of Samuel Lim
  - Filled in notice information

The revised drafts are attached in track changes (marked against your original drafts).

We'd like to close this out ASAP. Can we jump on a call to discuss and finalize at your earliest convenience?

Best,

Can

**From:** Hon Ng
**Sent:** Sunday, July 11, 2021 9:39 AM
**To:** Wang, David S.
**Cc:**          Brooke Xue

Helen Hai ████████████████████████
Can Sun ███████████         Daniel Friedberg
███████████
**Subject:** Re: FTX x Binance

**\*\* EXTERNAL EMAIL \*\***

Sam, Dan,

Thanks for the additional information, amendments to the relevant agreements and the share transfer agreements.

As David mentioned, we're reviewing this and will get back to you asap so we can close this out.

David and his team will reach out separately to the Fenwick team to confirm the last remaining points on the historical dilution.

Thanks,

**Hon Ng**

**General Counsel**

████████████████

On Fri, Jul 9, 2021 at 10:10 PM Wang, David S.
██████████████████████████ wrote:

Sam,

We'll review the documents this weekend.

David

**From:** Sam Bankman-Fried ███████████
**Sent:** Friday, July 9, 2021 10:06 PM
**To:** Daniel Friedberg ████████████ Hon Ng
████████████████████
**Cc:** Brooke Xue ████████████ Helen Hai
████████████████ Wang,
David S. ████████████ Can Sun
████████████
**Subject:** [EXT] Re: FTX x Binance

Hey!

Any updates on your guys' side?

—

Sam Bankman-Fried

On July 9, 2021, 7:35 AM GMT ████████████
wrote:

Hi Hon -

I attach our revisions to the West Realm
agreements.

Please let us know of any changes.

Thanks,

Dan

On Thu, Jul 8, 2021 at 10:24 AM Daniel Friedberg ▮▮▮▮▮▮▮▮ wrote:

Hi all:

I'm adding Can Sun from Fenwick on our side.

Thank you for the transfer agreements. They generally look very good.

We confirm that there are no rights of refusal or other rights with respect to West Realm - all the shares are common shares.

We attach changes to the FTX common stock buy-out agreement.

We will separately provide comments to the West Realm document later today.

A few comments:

1. We will allocate a portion of the cash (BUSD) only (not FTT or BNB) to the West Realm purchase. All the tokens will be paid under the FTX agreement.
2. On the West Realm agreement, our purchasers will be Sam, Gary and Nishad (principals) in their personal capacity. We will have separate agreements with each seller.
3. On FTX, our purchaser will be a corporation beneficially owned by Sam -

details to follow.

We will be back to you in a few hours with the changes to the West Realm agreements.

Best regards,

Dan

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is sent by a law firm and may contain information that is privileged or confidential. If you received
this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name
and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy
and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is sent by a law firm and may contain information that is privileged or confidential. If you received
this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name
and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy
and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message is sent by a law firm and may contain information that is privileged or confidential. If you received
this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.
If you reply to this message, Paul Hastings may collect personal information including your name, business name
and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy
and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

--
**Hon Ng**
**General Counsel**
█████████████



--
**Hon Ng**
**General Counsel**

██████████████████

