# EXHIBIT 6

| | |
|---|---|
| **From:** | Sam Bankman-Fried ▮▮▮▮▮ |
| **Sent:** | Thur 7/15/2021 11:48:08 AM (UTC) |
| **To:** | Brooke Xue ▮▮▮▮▮▮▮ |
| **Cc:** | Wang, David S. ▮▮▮▮▮▮▮  Hon Ng ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮  Xiong, Jialing ▮▮▮  susan Li ▮▮▮▮  Daniel Friedberg ▮▮▮ |
| **Subject:** | Re: Binance / FTX - closing funds flow memo |

Hey,

1) we've solved the internal transfers problem

2) ok so what's your plan then?  The funds are all on a binance account, and we are attempting to send them to your specified address, but binance isn't letting us because of withdrawal limits.

3) I'll come back to you with our accounting so far

—

Sam Bankman-Fried

.

> On July 15, 2021, 7:46 PM GMT▮  ▮▮▮▮▮▮▮  wrote:
>
> Hi Sam,
> Our finance team confirmed the withdrawal limits already reached the maximum level.
>
> Regarding "open up internal transfers between the spot wallet and cross margin wallet of the subaccount with
> email ▮▮▮▮▮▮▮  of that main account", our tech is looking into it.
>
> Our finance team confirmed there are several funds coming in.
>
> Could you please confirm how much funds you transferred and we will double confirm and match the receipt?
>
> Best regards,
>
> Brooke
>
> > On Thu, Jul 15, 2021 at 7:25 PM Sam Bankman-Fried ▮▮▮▮▮  wrote:
> >
> > Can you guys confirm that you're seeing the start of the funds landing in the wallets?  And that you're standing by to send the notarized documents?

Also, Susan -- we are transfering a lot of the funds from a Binance account to that address.

Binance is not processing our withdrawals -- can you please remove restrictions for today?

—

Sam Bankman-Fried
.

> On July 15, 2021, 7:15 PM GMT ███████████ wrote:
>
> We have begun transferring the funds; please prepare to send the scans of the notarized documents, and also the hard copies, to us.
>
> —
>
> Sam Bankman-Fried
>
>> On July 15, 2021, 7:01 PM GMT ███████ wrote:
>>
>> Alright, can you confirm that you will send the notarized docs within 30 minutes of the tokens hitting the wallets, *and* that you'll drop off the hard copies before midnight tonight at our office?
>>
>> —
>>
>> Sam Bankman-Fried
>>
>>> On July 15, 2021, 6:55 PM GMT █ ███████████ wrote:
>>>
>>> Hi Sam,
>>>
>>> Since this is a sign-and-close deal, and all of the agreements have been signed, we would appreciate seeing the token transfers (settlement) now.  Our finance team is watching the wallets for the transfers.
>>>
>>> But of course, if you want to talk to Dan and Can before you do so, we'd understand and will

wait patiently.  We'll send over the ancillary documents when we see the tokens in the wallets.

Thanks for your understanding!

David

**From:** Sam Bankman-Fried
**Sent:** Thursday, July 15, 2021 6:41 PM
**To:** Hon Ng
**Cc:** Brooke Xue ;
Wang, David S. Can Sun
Helen Hai
;
Xiong, Jialing
susan Li
Daniel Friedberg

**Subject:** [EXT] Re: Binance / FTX - closing funds flow memo

Update: we've sorted out the account details more or less; we're ready to settle as soon as we can get the notarized documents.

Could someone please send us a scan of them, and then send the hard copies over to our office?  As soon as we get the scans, we can settle.

—
Sam Bankman-Fried

On July 15, 2021, 6:19 PM GMT wrote:

Thanks!

Susan -- could we:

1) get an additional 40,000 BTC of withdrawal limits on the main account with email █████████████████ ████ and ████████

2) open up internal transfers between the spot wallet and cross margin wallet of the subaccount with email ████████████████████ ████████ of that main account

---------

Others -- we just need the scan of the notarized docs, and then we can settle

—

Sam Bankman-Fried

> On July 15, 2021, 6:10 PM GMT███ ███████ wrote:
>
> Hey Sam,
>
> As discussed on the call just now - I'm adding Susan for any questions about the tokens.
>
> Thanks,
> **Hon Ng**
> **General Counsel**

On Thu, Jul 15, 2021 at 5:57 PM Sam Bankman-Fried ███████████ wrote:

 Thanks!

I think we're just waiting on the notarized doc from Hon then?

—

Sam Bankman-Fried

On July 15, 2021, 5:54 PM GMT ███████ wrote:

Hi Sam,

Please kindl

y find attached all signed documents for the FTX and West Realm deal.

Best Regards

Brooke

On Thu, Jul 15, 2021 at 4:18 PM Sam Bankman-Fried  wrote: Sounds good!

—
Sam
Ban
kma
n-
Frie
d

On July 15, 2021, 4:15 PM GMT+8
████████████████ wrote:

Hi Sam,

We confirm that we accept the settlement of
FTX first batch amount as entirely with
BUSD instead of 50% with USD and 50%
with BUSD.

Best regards

Brooke

On Thu, Jul 15, 2021 at 4:03 PM Sam
Bankman-Fried ████████ wrote:
Will do!

We're collecting it in BUSD for now, waiting
to hear back on the final BUSD/USD split.

—
Sam Bankman-Fried

On July 15, 2021, 4:01 PM GMT+8

██████████████████████ wrote:

Understood.

Binance will respond regarding the split.

In the meantime, Brooke will send over DocuSign versions of the six transfer agreements in the next hour or so.  Could you please look out for them?

Hon is in our HK office now signing the stock certificate related documents and get them notarized.

**From:** Sam Bankman-Fried
████████████
**Sent:** Thursday, July 15, 2021 3:59 PM
**To:** Wang, David S. ██████████████████ Daniel Friedberg ████
**Cc:** Can Sun ████████
Brooke Xue ████████
Helen Hai ████████████ Hon Ng
████████ Xiong, Jialing
████████████████████
**Subject:** [EXT] Re: Binance / FTX - closing funds flow memo

Note that, because it's not during US hours, the wire transfer might not hit your account for a few extra hours

—
Sam Bankman-Fried

On July 15, 2021, 3:57 PM GMT██ ████████ wrote:

Hey!

The only addendum: Hon had mentioned we would settle entirely with BUSD instead of 50% with USD and 50% with BUSD.  We are fine either way -- which will it be?

We are flexible;

—

Sam Bankman-Fried

On July 15, 2021, 3:52 PM GMT+8

█████ wrote:

Sam and Dan,

We understand that the parties will sign and close today, July 15, 2021.

Attached is a draft closing funds flow memo for your review.  If you see anything that needs to be discussed, please feel free to raise it with our team.  Otherwise, we'll conduct the closing funds flow according to the attached instructions.

David

**David S. W**
**Partner**
Paul Hastings
and Shanghai
Offices | Direc

Mobile:



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*
This message is sent by a law firm
and may contain information that
is privileged or confidential. If you
received
this transmission in error, please
notify the sender by reply e-mail
and delete the message and any
attachments.
If you reply to this message, Paul
Hastings may collect personal
information including your name,
business name
and other contact details, and IP
address. For more information
about Paul Hastings' information
collection, privacy
and security principles please click
HERE. If you have any questions,
please contact
Privacy@paulhastings.com.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*
This message is sent by a law firm and may
contain information that is privileged or
confidential. If you received
this transmission in error, please notify the sender
by reply e-mail and delete the message and any
attachments.
If you reply to this message, Paul Hastings may
collect personal information including your name,
business name
and other contact details, and IP address. For
more information about Paul Hastings' information

collection, privacy
and security principles please click HERE. If you
have any questions, please contact
Privacy@paulhastings.com.

*********************************************
*********************************************
**
This message is sent by a law firm and may contain
information that is privileged or confidential. If you
received
this transmission in error, please notify the sender by
reply e-mail and delete the message and any
attachments.
If you reply to this message, Paul Hastings may collect
personal information including your name, business
name
and other contact details, and IP address. For more
information about Paul Hastings' information collection,
privacy
and security principles please click HERE. If you have
any questions, please contact
Privacy@paulhastings.com.