# EXHIBIT 7

**BCM / FTX Share Transfer**

A. Total Amount: US**$2,281,974,000**

B. Payment Manner:

    a. **First Batch: US$1,172,237,000**

        100% in BUSD
1. Conversation price: 1BUSD= US$1.00
2. Wallet address as follows:

| BNB/BUSD(Bep2) | |
|---|---|
| Wallet address | ███████████████ |
| Memo | █████ |

    b. **Second Batch: US$554,868,500**

        i. 100% in FTT with value equal to US$554,868,500

        ii. Conversation price: 1 FTT = US$29.966, based on closing date at July 15, 2021

        iii. Wallet address as follows:

| FTT(Erc20) | |
|---|---|
| Wallet address | ███████████████ |

    c. **Last Batch: US$554,868,500**

        i. 100% in BNB with value equal to US$554,868,500

        ii. Conversation price: 1 BNB = US$314.544, based on closing date at July 15, 2021

        iii. Wallet address: same as BUSD

| BNB/BUSD(Bep2) | |
|---|---|
| Wallet address | ███████████████ |
| Memo | █████ |

**West Realm Share Transfers**

**West Realm Share Transfer- CZ** ████████████ **to Sam**
  a.  Total amount: US$14,267,547.14
  b.  100% in BUSD with value equal to US$14,267,547.14
  c.  Conversation price: 1BUSD=US$1.00
  d.  Wallet address: same as FTX share transfer BUSD wallet address

**West Realm Share Transfer - Dinghua** ████████████ **to Gary**
  a.  Total amount: US$1,590,862.49
  b.  100% in BUSD with value equal to US$US$1,590,862.49
  c.  Conversation price: 1BUSD=US$1.00
  d.  Wallet address:  same as FTX share transfer BUSD wallet address

**West Realm Share Transfer - Dinghua to Sam**
  a.  Total amount: US$6,538,363.94
  b.  100% in BUSD with value equal to US$6,538,363.94
  c.  Conversation price: 1BUSD=US$1.00
  d.  Wallet address: same as FTX share transfer BUSD wallet address

**West Realm Share Transfer - Lim** ████████████ **to Gary**
  a.  Total amount: US$5,055,410.864
  b.  100% in BUSD with value equal to US$5,055,410.864
  c.  Conversation price: 1BUSD=US$1.00
  d.  Wallet address: same as FTX share transfer BUSD wallet address

**West Realm Share Transfer-Lim to Nishad**
  a.  Total amount: US$3,073,815.57
  b.  100% in BUSD with value equal to US$3,073,815.57
  c.  Conversation price: 1BUSD=US$1.00
  d.  Wallet address: same as FTX share transfer BUSD wallet address