# EXHIBIT 10

**Archived:** Thursday, August 7, 2025 11:48:31 AM
**From:** ███████████
**Sent:** Tue, 8 Nov 2022 23:57:25

**To:**

**Subject:** RE: FTX PR Discussion
**Importance:** Normal
**Sensitivity:** None

---

Hi Jessica,

From the M Group team can you please add the following numbers to the signal group:

- Jay Morakis – ██████████
- Kevin McGrath – ████████
- Patrick Jordan – ███████
- Peter Padovano – ████████
- Jake Morakis – ███████
- Toby Freeman – ███████

Best,
Kevin and team

Kevin McGrath
Account Director & Group Head
████████ Mobile
████████ Direct
████████ Telegram
M Group Strategic Communications
████████████████████

Learn about our post-pandemic corporate offering: MG | Emergence

New York – East Hampton – Denver – London – Paris – Berlin – Singapore – Sydney – Melbourne – Buenos Aires

THIS MESSAGE IS INTENDED TO BE READ ONLY BY THE PERSON TO WHOM IT IS ADDRESSED AND IT, AND ANY ATTACHED FILES, MAY CONTAIN INFORMATION WHICH IS CONFIDENTIAL, LEGALLY PRIVILEGED OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE. MISTRANSMISSION OF THIS MESSAGE IS NOT A WAIVER OF SUCH PROTECTION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DESTROY ALL COPIES OF THIS MESSAGE. READING, COPYING, DISTRIBUTING OR TAKING ANY ACTION IN RELIANCE ON THIS MESSAGE WITHOUT AUTHORIZATION IS PROHIBITED AND MAY CONSTITUTE A VIOLATION OF FEDERAL AND/OR STATE LAW.

---

**From:** Google Calendar <calendar-notification@google.com> **On Behalf Of** ████████████
**Sent:** Tuesday, November 8, 2022 6:41 PM
**To:** Kevin McGrath ████████████████████

**Subject:** FTX PR Discussion

Hi Natalie and team,

Could you share your numbers for Signal, anyone who should be added?

Nice to connect with you all.

- Jessica

# ltrch FTX PR Discussion\

)ltrch Tuesday Nov 8, 2022 \ltrch ·'b7\ltrch \ltrch 3pm \ltrch –\ltrch \ltrch 3:30pm (Pacific Time - Los Angeles\

ltrch Join Zoom Meeting\

https://us02web.zoom.us/j/89529141094?pwd=N3l0MzI1b2YvTVdoczBsOGVYWlBYdz09

ltrch Meeting ID: 895 2914 1094\

Passcode: 567209

One tap mobile

)US (New York  567209#*,,,,89529141094#,,16465588656+

US 567209#*,,,,89529141094#,,16469313860+

ltrch Dial by your location\

)US (New York  8656 558 646 1+

US 3860 931 646 1+

)US (Chicago 6799 626 312 1+

)US (Washington DC 8592 715 301 1+

US 3325 205 309 1+

US 9171 444 669 1+

)US (San Jose 9128 900 669 1+

US 1000 278 689 1+

US 4580 359 719 1+

)US (Tacoma 8782 215 253 1+

)US (Houston 7799 248 346 1+

US 5623 209 360 1+

US 5053 347 386 1+

US 4847 473 507 1+

US 2000 217 564 1+

Meeting ID: 895 2914 1094

Passcode: 567209

Find your local number: https://us02web.zoom.us/u/kvGWeVuOi

**ltrch Location\**

: ltrch Zoom Link\ltrch\