# EXHIBIT 11

**Sally E**

CZ
1 week



Yesterday

> yo -- how did it get this bad between us?
>
> I know there's been a bunch of shit back and forth but am surprised by the escalation.
>
> If it's just competition, I get it!  (Though obv think it's bad for the industry.)  But I'd love to know if it's something more.  8:28 PM

Today

> And I am, truly, happy to chat and hash things out  1:39 PM

Sam, don't think the issue is on our side. We may have been the straw, but we are just selling some FTT, which we held for a long time. Don't think us chatting with fix very much. It's all he said she said, and you will deny. I hear all kind of things, like recently, you told media that we exited because we wanted your software IP (which is obviously not true), or countless people saying you lobbied against Binance, and your public remarks about DC (why would I want to visit DC? Unlike FTX, Binance.US is a separate entity). Whether you did or not, please don't lobby against other industry players or us. Words go around. We are focused on ourselves.  33m

> **CZ**
> Sam, don't think the issue is on our side. We may have been the straw, but we are just selling some FTT, which we held for a long time. Don't think us chatting with fix very much. It's all he said she said, and you will deny. I hear all kind of things, like recently, you told media that we ...
>
> Totally understand, and I'm sorry about that.
>
> On the software thing -- I heard that recently too and am surprised by that.  That didn't come from us, or at least from anyone still with us -- I'm confused what happened there, and would be happy to tell reporters explicitly that it's not true and that we're confused where it came from.
>
> On lobbying against Binance--we haven't lobbied explicitly against Binance, but in truth we have said, roughly, that "it's important to establish a regulatory framework in the US or else all the volume will go to unregulated offshore exchanges, where 95% of it is now".  And I could totally see that being taken as an insult to you and Binance.  I will note, obviously, that Binance has e.g. lobbied against us getting licensed in the US-- but to be fair many competitors of ours did, and Binance wasn't totally out of bounds there.
>
> On DC tweet -- yeah I'm sorry about that, that was a low blow.  I was frustrated by some of what I suspected you were doing (though it's possible I'm wrong about that--and if e.g. you don't have anything to do with BitBoy's decisions, then I wrongly suspected you of it, and I'd be sorry.)  I just deleted the tweet, I shouldn't have done it in the first place.  Now
>
> I am, truly, happy to talk, if you want--and open to changing my mind and relationship.  Now
>
> But I also totally understand if it's past that point  Now
>
> and am fine with us each deciding to live and let live  Now



4:40

CZ @ ① 1w

 

Today

Look, most of these are minor and not worth you or me pinging each other to correct them. BitBoy has nothing to do with us. The DC comment is minor. I don't really care. It seems to hurt you more than me. The "lobby" thing, we only hear "he said, she said", often way after the fact. It's not worth my time to bring them to you. But over time, there are a ton of them. It's not a good feeling when we invested in you to help you grow, got on stage with you and me only panel, etc, and only to hear you are lobbying against us. That's why I said let's exit. After that, it's more of a "fair game". But it's still not good for the industry, or you or us.

With Brian Armstrong, he thank me for pushing adoption globally so that he can use that as the excuse for pushing adoption in the US (like earn or futures). I thank him for pushing in the US, so that we can push globally (like ACH integration). Same with Jesse Powell, we have our respect for each other. No issues.

Anyway, let's take a step back. Tell our teams to hold back a bit. These will blow over with time.

32m ⊙

CZ
Look, most of these are minor and not worth

+ New Message