# EXHIBIT 13

# Paxos Will Halt Minting New BUSD Tokens

Paxos    Feb 13, 2023



*Existing Tokens Remain Fully-Backed and Redeemable Through Paxos Trust Company* Through At Least February 2024

**NEW YORK – February 13, 2023** – Paxos, the leading regulated blockchain and tokenization infrastructure platform, announced it will end its relationship with Binance for the branded stablecoin BUSD.

Effective February 21, Paxos will cease issuance of new BUSD tokens as directed by and working in close coordination with the New York Department of Financial Services (NYDFS). Paxos Trust, a regulated institution overseen by the NYDFS and audited by a top-four accounting firm, will continue to manage BUSD dollar reserves. All BUSD tokens issued by Paxos Trust have and always will be backed 1:1 with US dollar-denominated reserves, fully segregated and held in bankruptcy remote accounts. BUSD reserves are fully-backed and the instruments held by Paxos in reserve as of close of business February 10, 2023 are also available here.

Paxos has always prioritized the safety of its customers' assets. That was true at our founding and remains true today. BUSD will remain fully supported by Paxos and redeemable to onboarded customers through at least February 2024. New and existing Paxos customers will be able to redeem their funds in US dollars or convert their BUSD tokens to Pax Dollar (USDP), a regulated US dollar-backed stablecoin also issued by Paxos Trust. For customers looking for more information, please visit help.paxos.com.

**USDP, Pax Gold (PAXG) and Paxos Business Going Forward**

Paxos continues to maintain strong regulatory capital to protect customers, as well as a strong corporate balance sheet to support our long-term business goals. This action does not impact our ability to continue serving new or existing customers, our continued dedication to grow our staff or fund our business objectives. Paxos remains committed to becoming the global leader in the blockchain tokenization infrastructure relied upon by global enterprises as they transition towards faster, safer, fairer and more efficient financial systems.

To learn more about Paxos' commitment to transparency and regulation, visit our website.

**About Paxos**

Paxos is the leading regulated blockchain infrastructure platform. Its products are the foundation for a new, open financial system that can operate faster and more efficiently. Today, trillions of dollars are locked in inefficient, outdated financial plumbing that is inaccessible to millions of people. Paxos is replatforming the financial system to enable assets to instantaneously move anywhere in the world, at any time, in a trustworthy way.

Paxos uses technology to tokenize, custody, trade and settle assets. It builds enterprise blockchain solutions for institutions like PayPal, Interactive Brokers, Mastercard, MercadoLibre, Nubank, Bank of America, Credit Suisse and Societe Generale. Paxos is a top-funded fintech company with more than $540 million raised from leading investors including Oak HC/FT, Declaration Partners, Founders Fund, Mithril Capital and PayPal Ventures. With offices in New York, London and Singapore, Paxos takes a global approach to modernizing the financial system.