## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | Adv. Pro. No. 24-50222 (KBO) |
| Plaintiffs, | **Re: Adv. D.I. 114** |
| v. | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

## DECLARATION OF ASHLEY RONA CHASE
## IN SUPPORT OF PLAINTIFF FTX RECOVERY TRUST'S
## OMNIBUS MEMORANDUM OF LAW IN OPPOSITION OF THE TWO
## MANAGEMENT DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1.      I, Ashley Rona Chase, pursuant to 28 U.S.C. § 1746, declare as follows:

2.      I am an attorney with the law firm of White & Case LLP, counsel to the FTX Recovery Trust[2] and FTX Digital Markets, Ltd.  I am admitted to practice *pro hac vice* before this Court in this action.  *See* Case No. 22-11068 [D.I. 1451].  I submit this declaration (the "**Declaration**") in support of *Plaintiff FTX Recovery Trust's Omnibus Memorandum of Law in Opposition of the Two Management Defendants' Motions to Dismiss the Complaint* (the "**Opposition**").[3]

3.      This Declaration is based on my personal knowledge and upon my review of the records of this and related matters.

4.      Attached hereto as **Exhibit 1** is a true and correct copy of the Lim CFTC Consent Order, (*Consent Order for Permanent Injunction, Civil Monetary Penalty, and Other Equitable Relief Against Defendant Samuel Lim, CFTC v. Zhao, et al.*, 1:23-cv-cv-01887, [D.I. 79] (N.D. Ill. Dec. 14, 2023)).

5.      Attached hereto as **Exhibit 2** is a true and correct copy of the Receipt for Payment of Capital Contribution, dated March 18, 2020.

Dated: August 22, 2025                    */s/ Ashley Rona Chase*
      New York, New York                    Associate
                                            White & Case LLP

---

[2]    This Court substituted the Consolidated Wind Down Trust (the "**FTX Recovery Trust**") as the plaintiff for the Debtors in this adversary proceeding on February 11, 2025.  Case No. 22-11068 [D.I. 29554].

[3]    Capitalized terms not defined herein shall have the meaning ascribed to them in the Opposition.

RLF1 33596263v.1