**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | |
| Plaintiffs, | |
| - against - | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | Adv. Pro. No. 24-50222 (KBO) |
| Defendants. | |

**REQUEST FOR ORAL ARGUMENT REGARDING DEFENDANTS BINANCE HOLDINGS LIMITED'S, BINANCE HOLDINGS (IE) LIMITED'S, AND BINANCE (SERVICES) HOLDINGS LIMITED'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (collectively, the "BHL Defendants"), by and through their undersigned counsel, hereby request oral argument on their *Motion to Dismiss the Complaint* (Adv. D.I. 66) (the "Motion"). The BHL Defendants submit that oral argument will be beneficial to the Court and hereby request that oral argument on the Motion be scheduled at the Court's convenience.

Dated: September 12, 2025          **CAHILL GORDON & REINDEL LLP**
Wilmington, Delaware               */s/ Gregory Strong*
                                   Gregory Strong (No. 4664)
Samson A. Enzer[*]                 221 W. 10th Street, 3rd Floor
Herbert S. Washer[*]               Wilmington, DE 19801
Edward N. Moss[*]                  (302) 884-0001
Joel H. Levitin[*]                 GStrong@cahill.com
Gregory Mortenson[*]
32 Old Slip                        *Attorneys for Defendants Binance Holdings*
New York, NY 10005                 *Limited, Binance Holdings (IE) Limited, and*
(212) 701-3000                     *Binance (Services) Holdings Limited*
SEnzer@cahill.com
HWasher@cahill.com
EMoss@cahill.com
JLevitin@cahill.com
GMortenson@cahill.com
[*]*admitted pro hac vice*