**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 12, 2025, a true and correct copy of Dinghua Xiao's Reply Brief in Further Support of his Motion to Dismiss the Complaint was sent via ECF Noticing to all parties receiving ECF Notices in this adversary proceeding.

*/s/ William M. Alleman, Jr.*
William M. Alleman, Jr.