**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>      Plaintiffs,<br><br>     - against -<br><br>BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>      Defendants. | Adv. Pro. No. 24-50222 (KBO)<br><br>**Related to Docket Nos. 62, 63, 64, 106, 107, 108, and 119** |

**DIGITAL ANCHOR HOLDINGS LIMITED'S REQUEST FOR ORAL ARGUMENT**

Pursuant to Del. Bankr. L.R. 7007-3, the above-captioned defendant, Digital Anchor Holdings Limited, formerly known as Binance Capital Management Co. Ltd. ("Digital Anchor"), by and through its undersigned counsel, hereby respectfully requests that oral argument be scheduled at the Court's earliest convenience in connection with Digital Anchor's *Motion to Compel Arbitration, Dismiss, or Abstain* (Docket No. 62) (the "Motion to Compel"), and all pleadings related to the Motion to Compel (Docket Nos. 63, 64, 106, 107, 108 and 119).

Dated: September 15, 2025           **CONNOLLY GALLAGHER, LLP**

*/s/ Karen C. Bifferato*
Karen C. Bifferato (DE Bar No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 888-6221
kbifferato@connollygallagher.com

-and-

**MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.**

Karen R. King (admitted *pro hac vice*)
Peter Menz (admitted *pro hac vice*)
565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (telephone)
(212) 856-9494 (facsimile)
kking@maglaw.com
pmenz@maglaw.com

*Attorneys for Defendant Digital Anchor
Holdings Limited*

2