# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.[1]<br> | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>Plaintiffs,<br><br>-against-<br><br>BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000,<br><br>Defendants. | Adv. Pro. No. 24-50222 (KBO)<br><br>**Related to Docket Nos.<br>1, 92, 93, 94, 114, 115, 123** |

## DEFENDANT SAMUEL WENJUN LIM'S REQUEST FOR ORAL ARGUMENT

Pursuant to Del. Bankr. L.R. 7007-3, the above-captioned defendant, Samuel Wenjun Lim, by and through his undersigned counsel, hereby respectfully requests that oral argument be scheduled at the Court's earliest convenience in connection with Samuel Wenjun Lim's *Motion to Dismiss the Complaint* (Docket No. 92) and all filings related to that motion (Docket Nos. 1, 92, 93, 94, 114, 115, 123).

---

[1] A complete list of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| | |
|---|---|
| Dated: September 15, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>/s/ Laura Davis Jones<br>Laura Davis Jones (DE Bar No. 2436)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br><br>-and-<br><br>**MOLOLAMKEN LLP**<br>Justin V. Shur (admitted *pro hac vice*)<br>Walter H Hawes IV (admitted *pro hac vice*)<br>600 New Hampshire Ave., N.W.<br>Washington, D.C.  20037<br>Telephone: (202) 556-2005<br>Facsimile: (202) 556-2001<br>Email:  jshur@mololamken.com<br>          whawes@mololamken.com<br><br>Peter C. Douglas (admitted *pro hac vice*)<br>300 N. LaSalle Street, Suite 5350<br>Chicago, IL  60654<br>Telephone: (312) 450-6719<br>Facsimile: (312) 450-6701<br>Email: pdouglas@mololamken.com<br><br>*Counsel for Defendant Samuel Wenjun Lim* |