# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors.<br>FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>Plaintiffs,<br><br>- against -<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br>Adv. Pro. No. 24-50222 (KBO)<br><br>Re: Adv. D.I. 1, 62, 63, 64, 65, 66<br>67, 68, 106, 107, 109, 110,<br>119, 120, 121, 122, 125 |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is complete on *Defendants Binance Holdings Limited's, Binance Holdings (IE) Limited's, and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint* [Adv. D.I. 66] and *Defendant Digital Anchor Holdings Limited's Motion to Compel Arbitration, Dismiss, or Abstain* [Adv. D.I. 62] (together, the "Motions to Dismiss").

PLEASE TAKE FURTHER NOTICE that Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (collectively, the "BHL Defendants"), and Defendant Digital Anchor Holdings Limited, formerly known as Binance Capital Management Co. Ltd. ("Digital Anchor"), by and through their respective undersigned counsel, advises the Court that the following filings are relevant to the Motions to Dismiss and will be delivered to chambers:

1. Complaint for Recovery of Fraudulent Transfers (Constructive) Pursuant to 11 U.S.C. §§ 548(a)(1)(B) and 550; Avoidance and Recovery of Fraudulent Transfers (Constructive) Pursuant to 11 U.S.C. §§ 544 and 550 and Applicable State Law; Avoidance and Recovery of Fraudulent Transfers (Intentional) Pursuant to 11 U.S.C. §§ 548(a)(1)(A) and 550; Avoidance and Recovery of Fraudulent Transfers (Intentional) Pursuant to 11 U.S.C. §§ 544 and 550 and Applicable State Law; Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. §§ 550; Injurious Falsehood; Fraud; Intentional Misrepresentation; and Unjust Enrichment [Adv. D.I. 1, filed Nov. 10, 2024];

2a. Digital Anchor's Motion to Compel Arbitration, Dismiss, or Abstain [Adv. D.I. 62, filed May 16, 2025];

2b. Digital Anchor's Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain [Adv. D.I. 63, filed May 16, 2025];

2c. Declaration of Karen R. King in Support of Digital Anchor's Motion to Compel Arbitration and Motion to Dismiss, and exhibits attached thereto [Adv. D.I. 64, filed May 16, 2025];

3a. BHL Defendants' Motion for Leave to Exceed Page Limit with respect to Memorandum of Law in Support of Their Motion to Dismiss the Complaint [Adv. D.I. 65, filed May 16, 2025];

3b. BHL Defendants' Motion to Dismiss the Complaint [Adv. D.I. 66, filed May 16, 2025];

3c. Memorandum of Law in Support of BHL Defendants' Motion to Dismiss the Complaint [Adv. D.I. 67, filed May 16, 2025];

3d. Declaration of Gregory Strong in Support of BHL Defendants' Motion to Dismiss the Complaint, and exhibits attached thereto [Adv. D.I. 68, filed May 16, 2025];

4a. Plaintiffs' Omnibus Memorandum of Law in Opposition of the Binance Defendants' Motions to Dismiss the Complaint [Adv. D.I. 106, filed Aug. 7, 2025];

4b. [SEALED] Declaration of Ashley Rona Chase in Support of Plaintiffs' Omnibus Memorandum of Law in Opposition of Binance Defendants' Motions to Dismiss the Complaint, and exhibits attached thereto [Adv. D.I. 107, filed Aug. 7, 2025];

4c. Motion for Entry of an Order Authorizing Plaintiffs to File Exhibits under Seal [Adv. D.I. 109, filed Aug. 8, 2025];

4d. Plaintiffs' Motion to Exceed Page Limit with respect to Plaintiffs' Omnibus Memorandum of Law in Opposition of the Binance Defendants' Motions to Dismiss the Complaint [Adv. D.I. 110, filed Aug. 8, 2025];

5a. Digital Anchor's Reply Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain [Adv. D.I. 119, filed Sept. 12, 2025];

5b. Digital Anchor's Request for Oral Argument [Adv. D.I. 125, filed Sept. 15, 2025];

6a. BHL Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss [Adv. D.I. 120, filed Sept. 12, 2025];

6b. BHL Defendants' Motion for Leave to Exceed Page Limit with respect to Reply Memorandum of Law in Support of Their Motion to Dismiss [Adv. D.I. 121, filed Sept. 12, 2025]; and

6c. BHL Defendants' Request for Oral Argument [Adv. D.I. 122, filed Sept. 12, 2025].

Dated: September 16, 2025
Wilmington, Delaware

**CAHILL GORDON & REINDEL LLP**
*/s/ Gregory Strong*
Gregory Strong (No. 4664)
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
(302) 884-0001
GStrong@cahill.com

Samson A. Enzer[*]
Herbert S. Washer[*]
Edward N. Moss[*]
Joel H. Levitin[*]
Gregory Mortenson[*]
32 Old Slip
New York, NY 10005
(212) 701-3000
SEnzer@cahill.com
HWasher@cahill.com
EMoss@cahill.com
JLevitin@cahill.com
GMortenson@cahill.com
[*]*admitted pro hac vice*

*Attorneys for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited*

**CONNOLLY GALLAGHER LLP**
*/s/ Karen C. Bifferato*
Karen C. Bifferato (DE Bar No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 888-6221
kbifferato@connollygallagher.com

-and-

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
Karen R. King[*]
Peter Menz[*]
565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (telephone)

(212) 856-9494 (facsimile)
kking@maglaw.com
pmenz@maglaw.com
*admitted pro hac vice

*Attorneys for Defendant Digital Anchor
Holdings Limited*

-5-

## CERTIFICATE OF SERVICE

I hereby certify that I am not less than 18 years of age and that on this 16th day of September 2025, I caused a true and correct copy of the foregoing *Notice of Completion of Briefing* to be served upon the parties on the attached service list in the manner indicated.

Under penalty of perjury, I declare the following is true and correct.

Dated:  September 16, 2025                     */s/ Gregory Strong*
       Wilmington, Delaware                     Gregory Strong (No. 4664)

**Service List - Via CM/ECF**

Kevin Gross
Paul N. Heath
Brendan J. Schlauch
Robert C. Maddox
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com

J. Christopher Shore
Brian D. Pfeiffer
Colin West
Ashley R. Chase
Brett L. Bakemeyer
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com

*Attorneys for Plaintiffs*


Karen C. Bifferato
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com

Karen R. King
Peter Menz
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
kking@maglaw.com
pmenz@maglaw.com

*Attorneys for Defendant Digital Anchor Holdings Limited*

Teresa Goody Guillén
Katherine L. McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave., NW, S-1100
Washington, DC 20036
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com

Jeffrey J. Lyons
BAKER & HOSTETLER LLP
1201 North Market Street Suite 1407
Wilmington, DE 19801
jjlyons@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*

William Mark Alleman, Jr
MELUNEY ALLEMAN & SPENCE, LLC
1143 Savannah Rd
Suite 3a
Lewes, DE 19958
717-683-3634
bill.alleman@maslawde.com

Matthew L. Mazur
May Chiang
Hayoung Park
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
hayoung.park@dechert.com
matthew.mazur@dechert.com
may.chiang@dechert.com

*Attorneys for Defendant Dinghua Xiao*

-8-

Laura Davis Jones
PACHULSKI, STANG, ZIEHL & JONES LLP
919 North Market St, 17th Floor
Wilmington, DE 19801
302-778-6401
ljones@pszjlaw.com

Justin V Shur
MOLOLAMKEN LLP
600 New Hampshire Ave, N.W.
Washington, DC 20037
jshur@mololamken.com

Walter H Hawes, IV
MOLOLAMKEN LLP
600 New Hampshire Ave, N.W.
Washington, DC 20037
whawes@mololamken.com

*Attorneys for Defendant Samuel Wenjun Lim*