**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | Adv. Pro. No. 24-50222 (KBO) |
| Plaintiffs, | |
| v. | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

**DECLARATION OF ASHLEY RONA CHASE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO CHANGPENG ZHAO'S MOTION TO DISMISS THE COMPLAINT**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "**Reorganized Debtors**") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1.   I, Ashley Rona Chase, pursuant to 28 U.S.C. § 1746, declare as follows:

2.   I am an attorney with the law firm of White & Case LLP, counsel to the FTX Recovery Trust[2] and FTX Digital Markets, Ltd.  I am admitted to practice *pro hac vice* before this Court in this action.  *See* Case No. 22-11068 [D.I. 1451].  I submit this declaration (the "**Declaration**") in support of *Plaintiffs' Memorandum of Law in Opposition to Changpeng Zhao's Motion to Dismiss the Complaint* (the "**Memorandum**").[3]

3.   This Declaration is based on my personal knowledge and upon my review of the records of this and related matters.

4.   Attached hereto as **Exhibit 1** is a true and correct copy of the Zhao Plea Agreement (*Plea Agreement, U.S. v. Zhao*, 23-cr-0179RAJ, [D.I. 31] (W.D. Wash. Nov. 21, 2023)).

5.   Attached hereto as **Exhibit 2** is a true and correct copy of the Scheduling Stipulation  (*Scheduling Order*, [D.I. 82]).

Dated: September 18, 2025          /s/ *Ashley Rona Chase*
       New York, New York          Associate
                                   White & Case LLP

---

[2]   This Court substituted the Consolidated Wind Down Trust (the "**FTX Recovery Trust**") as the plaintiff for the Debtors in this adversary proceeding on February 11, 2025.  Case No. 22-11068 [D.I. 29554].

[3]   Capitalized terms not defined herein shall have the meaning ascribed to them in the Memorandum.

RLF1 33802272v.1