## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>          Debtors.[1]<br><hr>FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>          Plaintiffs,<br><br>   -against-<br><br>BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000,<br><br>          Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br>Adv. Pro. No. 24-50222 (KBO)<br><br>**Related to Docket Nos.**<br>**1, 92, 93, 94, 114, 115, 123, 127** |

### NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing is complete on *Defendant Samuel Wenjun Lim's Motion to Dismiss the Complaint*, Adv. D.I. 92 ("Motion").

Pursuant to Del. Bankr. L.R. 7007-4, Defendant Samuel Lim hereby advises the Court and all parties that the following filings are relevant to the Motion and will be delivered to chambers:

---

[1] A complete list of the Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

1. Complaint, Adv. D.I. 1 (filed Nov. 10, 2024);

2. Defendant Digital Anchor Holdings Limited's Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain, Adv. D.I. 63 (filed May 16, 2025);

3. Declaration of Karen R. King in Support of Defendant Digital Anchor Holdings Limited's Motion to Compel Arbitration and Motion to Dismiss, and exhibits attached thereto, Adv. D.I. 64 (filed May 16, 2025);

4. Memorandum of Law in Support of Defendants Binance Holdings Limited's, Binance Holdings (IE) Limited's, and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint, Adv. D.I. 67 (filed May 16, 2025);

5. Defendant Samuel Wenjun Lim's Motion, Adv. D.I. 92 (filed July 11, 2025);

6. Defendant Samuel Wenjun Lim's Brief in Support of the Motion, Adv. D.I. 93 (filed July 11, 2025);

7. Declaration of Samuel Wenjun Lim in Support of the Motion, Adv. D.I. 94 (filed July 11, 2025);

8. Plaintiffs' Omnibus Memorandum of Law in Opposition of the Binance Defendants' Motions to Dismiss the Complaint, Adv. D.I. 106 (filed August 7, 2025);

9. [SEALED] Declaration of Ashley Rona Chase in Support of Plaintiffs' Omnibus Memorandum of Law in Opposition of Binance Defendants' Motions to Dismiss the Complaint, and exhibits attached thereto, Adv. D.I. 107, filed August 7, 2025;

10. Plaintiff FTX Recovery Trust's Omnibus Memorandum of Law in Opposition of the Two Management Defendants' Motions to Dismiss the Complaint, Adv. D.I. 114 (filed August 22, 2025);

11. Declaration of Ashley Rona Chase in Support of Plaintiff FTX Recovery Trust's Omnibus Memorandum of Law in Opposition of the Two Management Defendants' Motions to Dismiss the Complaint, and exhibits attached thereto, Adv. D.I. 115 (filed August 22, 2025);

12. Defendant Digital Anchor Holdings Limited's Reply Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain, Adv. D.I. 119 (filed September 12, 2025);

13. The Foreign Binance Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss, Adv. D.I. 120 (filed September 12, 2025);

14. Defendant Samuel Wenjun Lim's Reply Brief in Support of the Motion, Adv. D.I. 123 (filed September 12, 2025);

15. Defendant Samuel Wenjun Lim's Request for Oral Argument, Adv. D.I. 127 (filed September 15, 2025).

Dated: September 19, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com

-and-

**MOLOLAMKEN LLP**
Justin V. Shur (admitted *pro hac vice*)
Walter H Hawes IV (admitted *pro hac vice*)
600 New Hampshire Ave., N.W.
Washington, D.C.  20037
Telephone: (202) 556-2005
Facsimile: (202) 556-2001
Email:  jshur@mololamken.com
        whawes@mololamken.com

Peter C. Douglas (admitted *pro hac vice*)
300 N. LaSalle Street, Suite 5350
Chicago, IL  60654
Telephone: (312) 450-6719
Facsimile: (312) 450-6701
Email: pdouglas@mololamken.com

*Counsel for Defendant Samuel Wenjun Lim*