<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on September 19, 2025, a true and correct copy of the foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic notices in this case, and also upon the parties listed below in the manner described below.

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)

<u>**VIA ELECTRONIC MAIL**</u>

**RICHARDS, LAYTON & FINGER, P.A.**
Kevin Gross
Paul N. Heath
Brendan J. Schlauch
Robert C. Maddox
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com

**WHITE & CASE LLP**
J. Christopher Shore
Brian D. Pfeiffer
Colin West
Ashley R. Chase
Brett L. Bakemeyer
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com

**CAHILL GORDON & REINDEL LLP**
Samson A. Enzer
Joel H. Levitin
Gregory Mortenson
Edward N. Moss
Gregory Strong
Herbert S. Washer
senzer@cahill.com
jlevitin@cahill.com
gmortenson@cahill.com
emoss@cahill.com
gstrong@cahill.com
hwasher@cahill.com

**CONNOLLY GALLAGHER LLP**

Karen C. Bifferato

kbifferato@connollygallagher.com

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO**

Karen R. King

Peter Menz

kking@maglaw.com

pmenz@maglaw.com

**BAKER & HOSTETLER LLP**

Teresa Goody Guillén

Jeffrey J. Lyons

Katherine L. McKnight

tgoodyguillen@bakerlaw.com

jjlyons@bakerlaw.com

kmcknight@bakerlaw.com

**MELUNEY ALLEMAN & SPENCE, LLC**

William M. Alleman, Jr.

Matthew D. Beebe

bill.alleman@maslawde.com

matt.beebe@maslawde.com

**DECHERT LLP**

Matthew L. Mazur

May Chiang

Hayoung Park

matthew.mazur@dechert.com

may.chiang@dechert.com

hayoung.park@dechert.com