**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50222 (KBO) |
| BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

## DEFENDANT CHANPGENG ZHAO'S REQUEST FOR ORAL ARGUMENT

Pursuant to Del. Bankr. L.R. 7007-3, the above-captioned Defendant, Chanpgeng Zhao ("Mr. Zhao"), by and through his undersigned counsel, hereby respectfully requests that oral argument be scheduled at the Court's earliest convenience in connection with Mr. Zhao's Motion to Dismiss Adversary Proceedings (Adv. D.I. 104) (the "Motion to Dismiss"), and all pleadings and papers related to the Motion to Dismiss (Adv. D.I. 105, 134 & 141).

1

Dated: February 5, 2026

BAKER & HOSTETLER LLP

*/s/ Jeffery J. Lyons*
Jeffrey J. Lyons (#6437)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
jjlyons@bakerlaw.com

Teresa Goody Guillén (admitted *pro hac vice*)
Katherine L. McKnight (admitted *pro hac vice*)
1050 Connecticut Ave., NW, S-1100
Washington, D.C. 20036
(202) 861-1630
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*