**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50222 (KBO) |
| BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

**NOTICE OF COMPLETION OF BRIEFING**

PLEASE TAKE NOTICE that briefing is complete on Defendant Changpeng Zhao's ("Defendant" or "Mr. Zhao") Motion to Dismiss the Adversary Complaint (Adv. D.I. 104) (the "Motion").

PLEASE TAKE FURTHER NOTICE that the Defendant, by and through his undersigned counsel, advises the Court that the following filings are relevant to the Motion and will be delivered to chambers:

1.     Adversary Complaint [Adv. D.I. 1 – filed November 10, 2024]

2.     Scheduling Order [Adv. D.I. 80 – filed June 2, 2025]

1

3.      Motion to Dismiss Adversary Complaint filed by Changpeng Zhao [Adv. D.I. 104 – filed August 4, 2025]

4.      Memorandum of Law in Support of Motion to Dismiss the Complaint [Adv. D.I. 105 – filed August 4, 2025]

5.      Plaintiffs' Memorandum of Law in Opposition to Changpeng Zhao's Motion to Dismiss the Complaint [Adv. D.I. 134 – filed September 18, 2025]

6.      Defendant Changpeng Zhao's Reply Memorandum in Support of his Motion to Dismiss [Adv. D.I. 141 – filed October 9, 2025]

7.      Request for Oral Argument filed by Changpeng Zhao [Adv. D.I. 143 - filed February 5, 2026]

Dated: February 5, 2026                    BAKER & HOSTETLER LLP

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
jjlyons@bakerlaw.com

Teresa Goody Guillén (admitted *pro hac vice*)
Katherine L. McKnight (admitted *pro hac vice*)
1050 Connecticut Ave., NW, S-1100
Washington, D.C. 20036
(202) 861-1630
tgoodyguillen@bakerlaw.com
kmcknight@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*