**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | |
| Plaintiffs, | **Adv. Pro. No. 24-50222 (KBO)** |
| - against - | **Hearing Date: April 8, 2026 at 9:30 a.m.** |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | **Re: Adv. D.I. 62, 66, 92, 95, 104; 130, 137, 138, and 145** |
| Defendants. | |

## NOTICE OF HEARING ON MOTIONS TO DISMISS

PLEASE TAKE NOTICE that oral argument on (i) *Defendant Digital Anchor Holdings Limited's Motion to Compel Arbitration, Dismiss, or Abstain* [Adv. D.I. 62], (ii) *Defendants Binance Holdings Limited's, Binance Holdings (IE) Limited's, and Binance (Services) Holdings Limited's Motion to Dismiss the Complaint* [Adv. D.I. 66], (iii) *Defendant Samuel Wenjun Lim's Motion to Dismiss the Complaint* [Adv. D.I. 92], (iv) *Defendant Dinghua Xiao's Motion to Dismiss the Complaint* [Adv. D.I. 95], and (v) *Defendant Changpeng Zhao's Motion to Dismiss the Complaint* [Adv. D.I. 104] is scheduled before the Honorable Karen B. Owens, on April 8, 2026 at 9:30 a.m.

Dated: February 11, 2026
Wilmington, Delaware

**CONNOLLY GALLAGHER LLP**

*/s/ Karen C. Bifferato*
Karen C. Bifferato (No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 888-6221
KBifferato@connollygallagher.com

**MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.**

Karen R. King[*]
Peter Menz[*]
565 Fifth Avenue
New York, New York 10017
(212) 856-9600
(212) 856-9494
KKing@maglaw.com
PMenz@maglaw.com
[*]*admitted pro hac vice*

*Attorneys for Defendant Digital Anchor
Holdings Limited*

**CAHILL GORDON & REINDEL LLP**

*/s/ Gregory Strong*
Gregory Strong (No. 4664)
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
(302) 884-0001
GStrong@cahill.com

Samson A. Enzer[*]
Herbert S. Washer[*]
Edward N. Moss[*]
Joel H. Levitin[*]
Gregory Mortenson[*]
32 Old Slip
New York, NY 10005
(212) 701-3000
SEnzer@cahill.com
HWasher@cahill.com
EMoss@cahill.com

-2-

JLevitin@cahill.com
GMortenson@cahill.com
[*]*admitted pro hac vice*

*Attorneys for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited*


**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (No. 2436)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 652-4100
(302) 652-4400
LJones@pszjlaw.com

**MOLOLAMKEN LLP**

Justin V. Shur[*]
Walter H Hawes IV[*]
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
(202) 556-2005
(202) 556-2001
JShur@mololamken.com
WHawes@mololamken.com

Peter C. Douglas[*]
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
(312) 450-6719
(312) 450-6701
PDouglas@mololamken.com
[*]*admitted pro hac vice*

*Attorneys for Defendant Samuel Wenjun Lim*

**MELUNEY ALLEMAN & SPENCE LLC**

*/s/ William M. Alleman, Jr.*
William M. Alleman, Jr. (No. 5449)
Matthew D. Beebe (No. 5980)
1143 Savannah Road, Suite 3-A
Lewes, DE 19958
(302) 551-6740
(302) 551-6840
Bill.Alleman@maslawde.com
Matt.Beebe@maslawde.com

**DECHERT LLP**

Matthew L. Mazur[*]
May Chiang[*]
Hayoung Park[*]
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
(212) 698-3599
Matthew.Mazur@dechert.com
May.Chiang@dechert.com
Hayoung.Park@dechert.com
[*] *admitted pro hac vice*

*Attorneys for Defendant Dinghua Xiao*

**BAKER & HOSTETLER LLP**

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (No. 6437)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
JJLyons@bakerlaw.com

Teresa Goody Guillén[*]
Katherine L. McKnight[*]
1050 Connecticut Ave., NW, S-1100
Washington, D.C. 20036
Cleveland, OH 44114
(202) 861-1630
TGoodyGuillen@bakerlaw.com

KMcKnight@bakerlaw.com
*admitted pro hac vice*

*Attorneys for Defendant Changpeng Zhao*

## CERTIFICATE OF SERVICE

I hereby certify that I am not less than 18 years of age and that on this 11th day of February 2026, I caused a true and correct copy of the foregoing *Notice of Hearing on Motions to Dismiss* to be served upon the parties via filing to ECF.

Under penalty of perjury, I declare the following is true and correct.

Dated:  February 11, 2026                           */s/ Gregory Strong*
        Wilmington, Delaware                    Gregory Strong (No. 4664)