**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| FTX Trading LTD., et al., | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.. | Adv. Pro. No. 24-50222 (KBO) |
| Plaintiffs, | |
| - against – | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Hayoung Park hereby withdraws as counsel for Dinghua Xiao. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove Ms. Park from the electronic and paper noticing matrix for the above captioned cases.

All other current counsel of record will continue to represent Dinghua Xiao and are not affected by this notice.

Dated: May 1, 2026
      Lewes, Delaware

**MELUNEY ALLEMAN & SPENCE LLC**

_/s/ William M. Alleman, Jr._
William M. Alleman, Jr. (#5449)
Matthew D. Beebe (#5980)
1143 Savannah Road, Suite 3-A
Lewes, DE 19958
Telephone: (302) 551-6740
Facsimile: (302) 551-6840
Email: bill.alleman@maslawde.com
       matt.beebe@maslawde.com

**DECHERT LLP**

Matthew L. Mazur (Admitted _pro hac vice_)
May Chiang (Admitted _pro hac vice_)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Email: matthew.mazur@dechert.com
      may.chiang@dechert.com

_Counsel for Defendant Dinghua Xiao_

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 1st day of May 2026, a true and correct copy of the foregoing Notice of Withdrawal of Appearance as Counsel and Request for Removal from Electronic and Paper Noticing Matrix was sent via ECF Noticing to all parties receiving ECF Notices in this adversary proceeding.

*/s/ William M. Alleman, Jr.*
William M. Alleman, Jr.

3