**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re*: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | |
| Plaintiffs, | |
| - against - | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | Adv. Pro. No. 24-50222 (KBO) |
| Defendants. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** and withdraw the appearance of Justin V. Shur, Esq., Walter H. Hawes IV, Esq. and Peter C. Douglas, Esq. of MoloLamken LLP as counsel to Samuel Wenjun Lim (the "Movant").

**PLEASE TAKE FURTHER NOTICE** that Justin V. Shur, Esq. of Liu Shur Kravis LLP, hereby substitutes its appearance as counsel to the Movant in the above-captioned case.

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "Reorganized Debtors") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

4910-7268-6504.1 52629.00001

**PLEASE TAKE FURTHER NOTICE** that new counsel to the Movant, hereby requests, pursuant to Bankruptcy Rules 2002, 9007and 9019(b), Rule 2002-1(d) of Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon substituting counsel.

Date: May 11, 2026

| | |
|---|---|
| **MOLOLAMKEN LLP** | **LIU SHUR KRAVIS LLP** |
| */s/ Justin V. Shur* | */s/ Justin V. Shur* |
| Justin V. Shur | Justin V. Shur |
| Walter H. Hawes IV | The Westory |
| 600 New Hampshire Ave., N.W. | 607 Fourteenth Street, N.W., Suite 625 |
| Washington, DC  20037 | Washington, DC  20005 |
| Telephone: (202) 556-2005 | Telephone:  (202) 240-7100 |
| Facsimile:  (202) 556-2001 | Email:  justin.shur@lskllp.com |
| Email:  jshur@mololamken.com | |
|      whawes@mololamken.com | *Counsel for Movant Samuel Wenjun Lim* |

-and-

Peter C. Douglas
300 North LaSalle Street
Chicago, IL  60654
Telephone: (312) 450-6700
Facsimile:  (312) 450-6701
Email: pdouglas@mololamken.com

*Withdrawing Counsel for Movant Samuel Wenjun Lim*