### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50222 (KBO) |
| BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** Michael E. Neminski, Esquire, of Baker & Hostetler, LLP, hereby enters an appearance as counsel for Defendant Changpeng Zhao ("Mr. Zhao").  As such, the undersigned attorney and law firm hereby enter an appearance and requests that all notices given or required to be given in these cases and all documents served or required to be served in these cases be given or served upon same at the address and/or email address listed as follows:

Michael E. Neminski (#6723)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801-1147
Telephone: (302) 407-4218
Email:  mneminski@bakerlaw.com

1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and copies of all motions, notices, reports, briefs, applications, complaints, demands, hearings, pleadings, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statements or plan of reorganization or request, formal or informal, whether transmitted or conveyed by mail, email, fax or otherwise that has been filed with the Court, any other documents or instruments filed in the above-referenced proceeding and any other matter in which notice is required pursuant to the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any later appearance, pleadings, claim or suit shall not be deemed to be a waiver of the rights of Mr. Zhao, specifically, but not limited to: (1) his right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) his right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) his right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) his right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction, or (v) any other rights, claims, actions, defenses, set-offs, or recoupments to which Mr. Zhao is or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments he expressly reserves.

Dated:  July 10, 2026
        Wilmington, Delaware

BAKER & HOSTETLER LLP

*/s/ Michael E. Neminski*
Jeffrey J. Lyons (#6437)
Michael E. Neminski (#6723)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801-1147
(302) 407-4218
jjlyons@bakerlaw.com
mneminski@bakerlaw.com

Katherine L. McKnight
1050 Connecticut Ave., NW, S-1100
Washington, D.C. 20036
(202) 861-1630
kmcknight@bakerlaw.com


*Counsel for Defendant Changpeng Zhao*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2026, a copy of the foregoing *Notice of Appearance and Request for Notices and Papers* was served upon all parties of record via the Court's CM/ECF electronic mailing system.

/s/ *Michael E. Neminski*
Michael E. Neminski (#6723)