**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50222 (KBO) |
| BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Jeffrey J. Lyons of Baker & Hostetler LLP hereby withdraws his appearance as counsel for Changpeng Zhao ("Mr. Zhao") in the above referenced case.

**PLEASE TAKE NOTICE** that (i) Katherine L. McKnight remains lead counsel for Mr. Zhao in the above captioned case and (ii) Michael E. Neminski remains Delaware counsel for Mr. Zhao in the above captioned case.

Respectfully Submitted,

Dated: July 10, 2026

BAKER & HOSTETLER LLP

*/s/ Jeffrey J. Lyons*
Jeffrey J. Lyons (#6437)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
jjlyons@bakerlaw.com

Katherine L. McKnight
1050 Connecticut Ave., NW, S-1100
Washington, D.C. 20036
Cleveland, OH 44114
(202) 861-1630
kmcknight@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*