**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al*.,<br><br>Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION**
**EXTENDING TIME TO ANSWER THE COMPLAINT**

The undersigned hereby certifies as follows:

1. On November 10, 2024, Plaintiffs FTX Recovery Trust and FTX Digital Markets, Ltd. (together the "Plaintiffs") initiated the above-captioned adversary proceeding by filing the *Complaint for Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. §§ 544, 548, 550, Injurious Falsehood, Fraud, Intentional Misrepresentation, and Unjust Enrichment* [Adv. D.I. 1] (the "Complaint"), in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On May 16, 2025, Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (together, the "BHL Defendants") filed a motion to dismiss [Adv. D.I. 66].

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

3. On August 4, 2025, Defendant Changpeng Zhao ("Zhao") filed a motion to dismiss [Adv. D.I. 104].

4. On July 24, 2026, the Court issued an order, *inter alia*, granting in part and denying in part the BHL Defendants' and Zhao's motions to dismiss [Adv. D.I. 159], and following issuance of the order, Counts I through V of the Complaint have not been dismissed as to the BHL Defendants or Zhao.

5. The BHL Defendants' and Zhao's deadline to answer the Complaint is August 7, 2026.

6. Plaintiffs, the BHL Defendants, and Zhao (collectively, the "Stipulating Parties") have conferred and agreed to enter into a Stipulation Extending Time to Answer the Complaint ("Stipulation"), extending the time for the BHL Defendants and Zhao to answer the Complaint to September 11, 2026.

7. A proposed form of order (the "Proposed Order") approving the Stipulation is attached hereto as **Exhibit A**. A copy of the executed Stipulation is attached to the Proposed Order as **Exhibit 1**.

8. The Stipulating Parties have reviewed and consent to entry of the Proposed Order.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Proposed Order approving the Stipulation at its earliest convenience.

Dated: August 5, 2026
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Robert C. Maddox*
Kevin Gross (Bar No. 209)
Paul N. Heath (Bar No. 3704)
Brendan J. Schlauch (Bar No. 6115)
Robert C. Maddox (Bar No. 5356)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore
Brian D. Pfeiffer
Colin West
Ashley R. Chase
Brett L. Bakemeyer
Loredana B. Miranda
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com
loredana.miranda@whitecase.com

*Counsel for Plaintiffs*