# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., Plaintiffs, | |
| v. | Adv. Pro. No. 24-50222 (KBO) |
| BINANCE HOLDINGS LIMITED, *et al.*, Defendants. | |

**ORDER APPROVING STIPULATION EXTENDING**
**TIME TO ANSWER THE COMPLAINT**

Upon Consideration of the *Stipulation Extending Time to Answer the Complaint*, a copy of which is attached hereto as **Exhibit 1** (the "Stipulation"), and the Court having determined that good and adequate cause exists for approval of the Stipulation,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved in its entirety, and the time for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited and Changpeng Zhao to answer the Complaint is extended through and including September 11, 2026.

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

# **Exhibit 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**STIPULATION EXTENDING TIME TO ANSWER THE COMPLAINT**

WHEREAS, on November 10, 2024, Plaintiffs FTX Recovery Trust and FTX Digital Markets, Ltd. (together the "Plaintiffs") initiated the above-captioned adversary proceeding by filing the *Complaint for Recovery of Fraudulent Transfers Pursuant to 11 U.S.C. §§ 544, 548, 550, Injurious Falsehood, Fraud, Intentional Misrepresentation, and Unjust Enrichment* [Adv. D.I. 1] (the "Complaint"), in the United States Bankruptcy Court for the District of Delaware (the "Court").

WHEREAS, on May 16, 2025, Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (together, the "BHL Defendants") filed a motion to dismiss [Adv. D.I. 66].

1 The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

WHEREAS, on August 4, 2025, Defendant Changpeng Zhao ("Zhao") filed a motion to dismiss [Adv. D.I. 104].

WHEREAS, on July 24, 2026, the Court issued an order, *inter alia*, granting in part and denying in part the BHL Defendants' and Zhao's motions to dismiss [Adv. D.I. 159], and following issuance of the order, Counts I through V of the Complaint have not been dismissed as to the BHL Defendants or Zhao.

WHEREAS, the BHL Defendants' and Zhao's deadline to answer the Complaint is August 7, 2026.

WHEREAS, Plaintiffs, the BHL Defendants and Zhao (collectively, the "Stipulating Parties") have conferred and agreed to enter into this Stipulation Extending Time to Answer the Complaint ("Stipulation"), extending the time for the BHL Defendants and Zhao to answer the Complaint to September 11, 2026.

NOW, THEREFORE, THE STIPULATING PARTIES STIPULATE AND AGREE THAT:

1. The BHL Defendants' and Zhao's deadline to answer the Complaint shall be extended through and including September 11, 2026. The BHL Defendants and Zhao shall answer the Complaint on or before that date.

2. All parties' rights to appeal the Court's July 24 ruling shall be fully reserved.

Dated: August 5, 2026
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Robert C. Maddox*
Kevin Gross (Bar No. 209)
Paul N. Heath (Bar No. 3704)
Brendan J. Schlauch (Bar No. 6115)
Robert C. Maddox (Bar No. 5356)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore
Brian D. Pfeiffer
Colin West
Ashley R. Chase
Brett L. Bakemeyer
Loredana B. Miranda
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com
loredana.miranda@whitecase.com

*Counsel for Plaintiffs*

Dated: August 5, 2026
New York, New York

**MILBANK LLP**

/s/ *Alexander B. Lees*
Sean Murphy (*pro hac vice* forthcoming)
Nola Heller (*pro hac vice* forthcoming)
Alexander B. Lees (*pro hac vice* forthcoming)
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
smurphy@milbank.com
nheller@milbank.com
alees@milbank.com

Olivia Choe (*pro hac vice* forthcoming)
Brett P. Lowe (*pro hac vice* forthcoming)
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
ochoe@milbank.com
blowe@milbank.com

*Counsel for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited*

Dated: August 5, 2026
Wilmington, Delaware

**BAKER & HOSTETLER LLP**

*<u>/s/ Michael E. Nemenski</u>*

Michael E. Neminski (No. 6723)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
Telephone: (302) 407-4218
mneminski@bakerlaw.com

Katherine L. McKnight
1050 Connecticut Ave., NW, S-1100
Washington, DC 20036
Telephone: (202) 861-1630
kmcknight@bakerlaw.com

*Counsel for Defendant Changpeng Zhao*