**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50222 (KBO) |
| | **Obj. Deadline: August 7, 2026 at 10:00 a.m.** |
| BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD., BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | **Hearing Date: August 7, 2026 at 10:00 a.m.** |
| Defendants. | |

**NOTICE OF HEARING SCHEDULED FOR AUGUST 7, 2026 AT 10:00 A.M. ON DEFENDANTS' EMERGENCY MOTION**

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Delaware has scheduled a hearing on the Emergency Motion of Defendants for an Order Extending the Deadline to File (1) Notice of Interlocutory Appeal and Motion for Leave to File Interlocutory Appeal; and (2) Notice of Appeal as of Right [Adv. D.I. 160] (the "Hearing") for **August 7, 2026 at 10:00 a.m. (ET)** with respect to the above-captioned adversary proceeding.

PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted entirely by Zoom.  Parties that wish to attend the Hearing should refer to Judge Owen's Chambers Procedures ([https://www.deb.uscourts.gov/content/judge-karen-b-owens](https://www.deb.uscourts.gov/content/judge-karen-b-owens))    and    the    Court's    website

(http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

Dated: August 5, 2026
Wilmington, Delaware

                                        BAKER & HOSTETLER LLP

Katherine L. McKnight (admitted *pro hac vice*)          */s/ Michael E. Neminski*
1050 Connecticut Ave., NW, S-1100          Michael E. Neminski (#6723)
Washington, D.C. 20036          1201 N. Market Street, Suite 1407
(202) 861-1630          Wilmington, DE 19801-1147
kmcknight@bakerlaw.com          (302) 407-4218
                                        mneminski@bakerlaw.com

                                        *Attorneys for Defendant Changpeng Zhao*