**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | Adv. Pro. No. 24-50222 (KBO) |
| Plaintiffs, | **Re: Adv. D.I. 160** |
| v. | |
| BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000 | |
| Defendants. | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' EMERGENCY MOTION FOR
AN ORDER EXTENDING APPELLATE DEADLINES**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "Reorganized Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**RESPONSE AND RESERVATION OF RIGHTS**

1.      By the Emergency Motion, the five remaining Defendants request a 21-day extension to the normal 14-day period to file a notice of appeal (and any necessary accompanying briefing) specified by the Federal Rules of Bankruptcy Procedure.  Their stated reasons for the request are that (i) counsel for the three "BHL Defendants"[1] are new to the case because those Defendants chose to replace prior counsel immediately following this Court's July 24, 2026 decision (Adv. D.I. 159) (the "Decision") and (ii) the issues addressed in the Decision are complex. While Plaintiffs question why the choice of a subset of the Defendants to replace counsel should merit an extension of deadlines for elective appeals, as well as why such an extension should apply to the other Defendants, Plaintiffs take no position regarding Defendants' request for an extension.

2.      For the avoidance of doubt, however, Plaintiffs reserve all other rights in connection with the requested extension.  As a general matter, by taking no position regarding the requested extension, Plaintiffs do not concede that there is any basis for Defendants to take an interlocutory appeal of any aspect of the Decision, and, indeed, there is none.

3.      Plaintiffs also will oppose any attempt by Defendants to use the extension as a basis to further delay discovery in this case.  As this Court will recall, based on the Court's guidance, merits discovery has been stayed for nearly a year pending the resolution of Defendants' motions to dismiss. *See* Adv. D.I 113. Those motions have now been resolved, and there is simply no basis for further delay, particularly given that the resolution of the motions to dismiss triggers various discovery periods and deadlines under the agreed Case Management Order, including the deadlines for initial disclosures and the completion of all fact and expert discovery.  *Id* at ¶¶ 3, 5.  Simply put, the bargain struck in the Case Management Order was to stay merits discovery pending the

---

[1] Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited.

motions to dismiss, but such discovery was to commence immediately upon resolution of those motions.  Defendants should be held to that bargain.

4.    In summary, while Plaintiffs take no position regarding the requested extension, Plaintiffs reserve all other rights.

Dated: August 5, 2026
        Wilmington, Delaware

/s/ Robert C. Maddox
**RICHARDS, LAYTON & FINGER, P.A**.
Kevin Gross (No. 209)
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
Robert C. Maddox (No. 5356)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com

-and-

**WHITE & CASE LLP**
J. Christopher Shore (admitted pro hac vice)
Brian D. Pfeiffer (admitted pro hac vice)
Colin West (admitted *pro hac vice*)
Ashley R. Chase (admitted pro hac vice)
Brett L. Bakemeyer (admitted pro hac vice)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com

*Attorneys for Plaintiffs*

2