**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, *et al.*[1] | Case No. 22-11068 (KBO) |
| Debtors | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD. | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50222 (KBO) |
| BINANCE HOLDINGS LIMITED, *et al.* | |
| Defendants. | |

<u>**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**</u>

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002 and 9010(b), the undersigned counsel hereby enters their appearance on behalf of Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited, and requests that all notices and other papers filed or served in the above-captioned case be served upon the following attorneys:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Garrett B. Moritz, Esq.
Adam D. Gold, Esq.
A. Gage Whirley, Esq.
ROSS ARONSTAM & MORITZ LLP
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
gmoritz@ramllp.com
agold@ramllp.com
gwhirley@ramllp.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, order, petition, request, complaint, or hearing dates, whether formal or informal, written or oral, and whether transmitted by mail, hand delivery, telecopy, electronically, or otherwise, which affects the debtors or property of the debtors.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleadings, claim or suit is intended nor shall be deemed to waive any substantive or procedural right of Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related to these cases, (iii) the right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, at law or in equity, all of which are expressly reserved, (v) any election of remedy, or (vi) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, including objections to personal jurisdiction over the above-referenced defendants.

2

**ROSS ARONSTAM & MORITZ LLP**

*/s/ Adam D. Gold*
Garrett B. Moritz (Bar No. 5646)
Adam D. Gold (Bar No. 6412)
A. Gage Whirley (Bar No. 6707)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
gmoritz@ramllp.com
agold@ramllp.com
gwhirley@ramllp.com

*Counsel for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited*

August 5, 2026