**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD, *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>　　　　　　　Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**ORDER GRANTING EMERGENCY MOTION OF DEFENDANTS FOR AN ORDER EXTENDING THE DEADLINE TO FILE (1) NOTICE OF INTERLOCUTORY APPEAL AND MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL; AND (2) NOTICE OF APPEAL AS OF <u>RIGHT</u>**

Upon consideration of the *Emergency Motion of Defendants for an Order Extending the Deadline to File (1) Notice of Interlocutory Appeal and Motion for Leave to File Interlocutory Appeal; and (2) Notice of Appeal as of Right* (the "<u>Motion</u>"), pursuant to Federal Rules of Bankruptcy Procedure 8004(a) and 8002(d); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.   The Motion is granted as set forth herein.

- 1 -

2.    The deadline for Moving Defendants to file a notice of interlocutory appeal and motion for leave to file an interlocutory appeal of the Court's Opinion and Order dated July 24, 2026 is hereby extended 21 days from August 7, 2026 to August 28, 2026.

3.    The deadline for Moving Defendants to file a notice of appeal as of right of the Court's Opinion and Order dated July 24, 2026 is hereby extended 21 days from August 7, 2026 to August 28, 2026.

4.    This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

**Dated: August 6th, 2026**
**Wilmington, Delaware**

KAREN B. OWENS
CHIEF JUDGE