**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD, *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 24-50222 (KBO) |
| BINANCE HOLDINGS LIMITED, *et al.*, | |
| Defendants. | |

**ORDER APPROVING STIPULATION EXTENDING
TIME TO ANSWER THE COMPLAINT**

Upon Consideration of the *Stipulation Extending Time to Answer the Complaint*, a copy of which is attached hereto as **Exhibit 1** (the "Stipulation"), and the Court having determined that good and adequate cause exists for approval of the Stipulation,

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulation is hereby approved in its entirety, and the time for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, Binance (Services) Holdings Limited and Changpeng Zhao to answer the Complaint is extended through and including September 11, 2026.

---

[1]    The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in the above-captioned chapter 11 cases, a complete list of the Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

RLF1 36336917v.1

2

2.      This Court shall retain jurisdiction with respect to all matters arising from or related

to this Order.

**Dated: August 6th, 2026**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**

2

RLF1 36336917v.1