UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 24-50222                          BK ◯ AP ⦿

If AP, related BK case number: 22-11068

**Title of Order Appealed:** Opinion and Order Regarding Defendants' Motions to Dismiss the Complain

**Docket #:** 159                    **Date Entered:** 7/24/2026

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | Notice of Appeal | **Docket #:** 183 | **Date Filed:** | 8/7/2026 |
| ☐ | Amended Notice of Appeal | **Docket #:** | **Date Filed:** | |
| ☐ | Cross Appeal | **Docket #:** | **Date Filed:** | |
| ☐ | Motion for Leave to Appeal | **Docket #:** | **Date Filed:** | |
| ☐ | Request for Certification of Direct Appeal | **Docket #:** | **Date Filed:** | |

**Appellant/Cross Appellant:**

Digital Anchor Holdings, Limited

**Appellee/Cross Appellee**

FTX Recovery Trust and
FTX Digital Markets, Ltd

**Counsel for Appellant/Cross Appellant:**

Karen C. Bifferato
1201 N. Market St
Wilmington, DE  19801
(Additional attorneys listed on appeal)

**Counsel for Appellee/Cross Appellee:**

Kevin Gross, Paul N. Heath, Brendan J. Schlauch,
and Robert Maddox
920 N. King St
Wilmington, DE 19801
(Additional attorneys listed on appeal)

| | | | |
|---|---|---|---|
| **Filing fee paid?** | Yes ⦿ | No ◯ |
| **IFP application filed by applicant?** | Yes ◯ | No ⦿ |
| **Have additional appeals of the same order been filed?** | Yes ◯ | No ⦿ |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes ◯ | No ⦿ |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:** FYI- A Motion for Stay Pending Appeal was contemporaneously filed with the Bankruptcy Court.  No order has been entered yet.

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 8/10/2026

**by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   26-47