**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.,*<br><br>Debtors.<br>—————————————————<br>FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>Plaintiffs,<br><br>- against -<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>Defendants. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered)<br><br><br><br>**Adv. Pro. No. 24-50222 (KBO)** |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE** and withdraw the appearance of Gregory Strong, Esq., Samson A. Enzer, Esq., Herbert S. Washer, Esq., Edward N. Moss, Esq., Joel H. Levitin, Esq., and Gregory Mortenson, Esq. of Cahill Gordon & Reindel LLP as counsel to Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (the "Movants").

**PLEASE TAKE FURTHER NOTICE** that Garrett B. Moritz, Esq., Adam D. Gold, Esq., and A. Gage Whirley, Esq. of Ross Aronstam & Moritz LLP, and Nola B. Heller, Esq., Olivia S. Choe, Esq., Alexander B. Lees, Esq., Brett P. Lowe, Esq., and Sean Murphy, Esq. of Milbank LLP, hereby substitute their appearance as counsel to the Movants in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that new counsel to the Movants hereby requests, pursuant to Bankruptcy Rules 2002, 9007, and 9019(b); Rule 2002-1(d) of Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware; and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and

pleadings given or filed in the above-captioned case be given and served upon substituting counsel.

| | |
|---|---|
| Dated: August 10, 2026<br>Wilmington, Delaware | **CAHILL GORDON & REINDEL LLP** |

*/s/ Gregory Strong*
Gregory Strong (No. 4664)
221 W. 10th Street, 3rd Floor
Wilmington, DE 19801
(302) 884-0001
GStrong@cahill.com

Samson A. Enzer[*]
Herbert S. Washer[*]
Edward N. Moss[*]
Joel H. Levitin[*]
Gregory Mortenson[*]
32 Old Slip
New York, NY 10005
(212) 701-3000
SEnzer@cahill.com
HWasher@cahill.com
EMoss@cahill.com
JLevitin@cahill.com
GMortenson@cahill.com
[*]*admitted pro hac vice*

*Withdrawing Attorneys for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited*

**ROSS ARONSTAM & MORITZ LLP**

*/s/ A. Gage Whirley*
Garrett B. Moritz (No. 5646)
Adam D. Gold (No. 6412)
A. Gage Whirley (No. 6707)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 576-1600
gmoritz@ramllp.com

agold@ramllp.com
gwhirley@ramllp.com

-and-

**MILBANK LLP**

Sean Murphy*
Nola B. Heller*
Alexander B. Lees*
55 Hudson Yards
New York, NY 10001
(212) 530-5000
smurphy@milbank.com
nheller@milbank.com
alees@milbank.com

Olivia S. Choe*
Brett P. Lowe*
1101 New York Avenue NW
Washington, DC 20005
(202) 835-7500
ochoe@milbank.com
blowe@milbank.com
*admitted pro hac vice

*Substituting Attorneys for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that I am not less than 18 years of age and that on this 10th day of August 2026, I caused a true and correct copy of the foregoing *Notice of Substitution of Counsel* to be served upon all parties via filing to ECF, at the addresses set forth on the attached service list.

Under penalty of perjury, I declare the following is true and correct.


Dated:  August 10, 2026                    */s/ Gregory Strong*
Wilmington, Delaware                       Gregory Strong (No. 4664)

## Service List – Via CM/ECF

Kevin Gross
Paul N. Heath
Brendan J. Schlauch
Robert C. Maddox
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
gross@rlf.com
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com

J. Christopher Shore
Brian D. Pfeiffer
Colin West
Ashley R. Chase
Brett L. Bakemeyer
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com

*Attorneys for Plaintiffs FTX Recovery Trust and FTX Digital Markets, Ltd.*

Katherine L. McKnight
BAKER & HOSTETLER LLP
1050 Connecticut Ave., NW, S-1100
Washington, DC 20036
kmcknight@bakerlaw.com

Michael E. Neminski
BAKER & HOSTETLER LLP
1201 North Market Street, 14th Floor
Wilmington, Delaware 19801
mneminski@bakerlaw.com

*Attorneys for Defendant Changpeng Zhao*

Karen C. Bifferato
CONNOLLY GALLAGHER LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com

Karen R. King
Peter Menz
Jessica C. Salley
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, New York 10017
kking@maglaw.com
pmenz@maglaw.com
jsalley@maglaw.com

*Attorneys for Defendant Digital Anchor Holdings Limited (formerly known as Binance Capital Management Co. Ltd.)*

William M. Alleman, Jr.
Matthew D. Beebe
MELUNEY ALLEMAN & SPENCE, LLC
1143 Savannah Road, Suite 3-A
Lewes, Delaware 19958
bill.alleman@maslawde.com
matt.beebe@maslawde.com

Matthew L. Mazur
May Chiang

DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
matthew.mazur@dechert.com
may.chiang@dechert.com

*Attorneys for Defendant Dinghua Xiao*

Laura Davis Jones
Timothy P. Cairns
PACHULSKI STANG ZIEHL & JONES LLP
919 N. Market Street, 17th Floor
Wilmington, Delaware 19801
ljones@pszjlaw.com

tcairns@pszjlaw.com

Justin V. Shur
LIU SHUR KRAVIS LLP
The Westory
607 Fourteenth Street, N.W., Suite 625
Washington, DC 20005
justin.shur@lskllp.com

*Attorneys for Defendant Samuel Wenjun Lim*

Garrett B. Moritz
Adam D. Gold
A. Gage Whirley
ROSS ARONSTAM & MORITZ LLP
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
gmoritz@ramllp.com
agold@ramllp.com
gwhirley@ramllp.com

Nola B. Heller
Olivia S. Choe
Alexander B. Lees
Brett P. Lowe
Sean Murphy
MILBANK LLP
55 Hudson Yards
New York, New York 10001
nheller@milbank.com
ochoe@milbank.com
alees@milbank.com
blowe@milbank.com
smurphy@milbank.com

*Attorneys for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited*