**IN THE UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DIGITAL ANCHOR HOLDINGS LIMITED,<br><br>Appellant,<br><br>vs.<br><br>FTX RECOVERY TRUST and FTX DIGITAL MARKETS, LTD.,<br><br>Appellees. | Civil Action No. 26-01008-JLH |
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.<br><br>Plaintiffs,<br><br>- against -<br><br>BINANCE HOLDINGS LIMITED, BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000<br><br>Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**APPELLANT-DEFENDANT'S STATEMENT OF THE ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8009, as supplemented by Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of reorganized debtor entities (the "Reorganized Debtors") in the above-captioned chapter 11 cases, a complete list of the Reorganized Debtors' last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

District of Delaware, Appellant-Defendant Digital Anchor Holdings Limited ("Digital Anchor") respectfully submits the following: (i) statement of issues to be included on appeal from the decision of the United States Bankruptcy Court for the District of Delaware from the *Opinion and Order* (Adv. D.I. 159), entered on July 24, 2026, granting in part and denying in part *Defendant's Motion to Compel Arbitration, Dismiss, or Abstain* (Adv. D.I. 63); and (ii) designation of items to be included in the record on appeal.[2]

## I. STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Whether the Bankruptcy Court erred in deciding a question of arbitrability that was delegated exclusively to an arbitral panel per the parties' arbitration agreement.

Whether the Bankruptcy Court erred in relying on the parties' contract to assert personal jurisdiction over a defendant while refusing to enforce the arbitration provision and forum selection clause within the same contract.

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Digital Anchor submits the following designation of items to be included in the record on appeal (including any exhibit, annex, or addendum thereto):

| Adversary Dkt. No. | Date Filed | Description |
|---|---|---|
| 1 | 11/10/24 | Adversary Complaint |
| 62 | 05/16/25 | Defendant Digital Anchor Holdings Limited's Motion to Compel Arbitration, Dismiss, or Abstain |
| 63 | 05/16/25 | Defendant Digital Anchor Holdings Limited's Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain |
| 64 | 05/16/25 | Declaration of Karen R. King in Support of Defendant Digital Anchor Holdings Limited's Motion to Compel Arbitration and Motion to Dismiss |
| 106 | 08/07/25 | Plaintiffs' Omnibus Memorandum of Law in Opposition of the Binance Defendants' Motions to Dismiss the Complaint |
| 119 | 09/12/25 | Defendant Digital Anchor Holdings Limited's Reply Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain |

[2] On August 6, 2026, the Bankruptcy Court extended the deadline for filing appeals of its Opinion and Order to August 28, 2026. Adv. D.I. 176. According, Digital Anchor may appeal other issues and other parties may appeal other issues; similarly, the record on appeal may be supplemented in connection with these additional appeals.

| | | |
|---|---|---|
| 125 | 09/15/25 | Request for Oral Argument Filed by Digital Anchor Holdings Limited |
| 150 | 04/13/26 | Transcript regarding Hearing Held 04/08/26 RE: Oral Argument |
| 159 | 07/24/26 | Opinion and Order Regarding Defendants' Motions to Dismiss the Complaint |
| 183 | 08/07/26 | Notice of Appeal |

Dated: August 21, 2026
Wilmington, Delaware

**CONNOLLY GALLAGHER, LLP**
*/s/ Karen C. Bifferato*
Karen C. Bifferato (DE Bar No. 3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
(302) 888-6221
kbifferato@connollygallagher.com

-and-

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**
Karen R. King (admitted *pro hac vice*)
Peter Menz (admitted *pro hac vice*)
Jessica C. Salley (admitted *pro hac vice*)
565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (telephone)
(212) 856-9494 (facsimile)
kking@maglaw.com
pmenz@maglaw.com
jsalley@maglaw.com

*Attorneys for Defendant Digital Anchor Holdings Limited*