**IN THE UNITED STATES DISTRICT COURT AND BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, *et al.*,<br><br>Defendants. | Adv. Pro. No. 24-50222 (KBO) |
| Binance Holdings Limited, *et al.*,<br><br>Appellants,<br><br>v.<br><br>FTX Recovery Trust, *et al.*,<br><br>Appellees. | Case No. 26-mc-483 (JLH) |

**THE BHL DEFENDANTS' STATEMENT**
**OF THE ISSUES AND RECORD DESIGNATIONS**

In accordance with Fed. R. Bankr. P. 8009 and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Defendants-Appellants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (together, the "BHL Defendants") respectfully submit the following statement of issues and designation of items to be included in the record on appeal in connection with the BHL Defendants' notice of appeal, dated August 28, 2026 [Adv. D.I. 209].

## I. Statement of Issues

1. Whether the bankruptcy court applied the wrong legal standard in its personal jurisdiction analysis by grouping all the "Binance Defendants" – which the court defined to include the BHL Defendants, Defendant Digital Anchor Holdings Limited ("Digital Anchor"), and Defendant Changpeng Zhao – together to combine their forum contacts and litigation conduct, without identifying one Defendant that satisfied all elements of the applicable "purposeful availment" test.
2. Whether the bankruptcy court applied the wrong legal standard in concluding the BHL Defendants were adequately alleged to be transferees based on a reverse veil-piercing theory, including without conducting a conflicts-of-law analysis.
3. Whether the bankruptcy court violated the party-presentation principle through its *sua sponte* determination that the BHL Defendants, Digital Anchor, and Mr. Zhao could be treated as alter egos for both jurisdiction and liability.
4. All issues identified by other Defendants in their respective Statements of Issues. *See* Adv. D.I. 192.

## II. Designation of Items to be Included in the Record on Appeal

The BHL Defendants submit the following designation of items to be included in the record on appeal (including any exhibits, annexes, or addendums to these items):

| Docket No. | Date Filed | Description |
|---|---|---|
| Adv. D.I. 1 | 11/10/24 | Adversary Complaint |
| Adv. D.I. 62 | 05/16/25 | Digital Anchor’s Motion to Compel Arbitration, Dismiss, or Abstain |
| Adv. D.I. 63 | 05/16/25 | Digital Anchor’s Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain |
| Adv. D.I. 64 | 05/16/25 | Declaration of Karen R. King in Support of Digital Anchor’s Motion |
| Adv. D.I. 66 | 05/16/25 | BHL Defendants’ Motion to Dismiss the Complaint |
| Adv. D.I. 67 | 05/16/25 | Memorandum of Law in Support of the BHL Defendants’ Motion to Dismiss the Complaint |
| Adv. D.I. 68 | 05/16/25 | Declaration of Gregory Strong in Support of the BHL Defendants’ Motion to Dismiss the Complaint |
| Adv. D.I. 104 | 08/04/25 | Defendant Changpeng Zhao’s Motion to Dismiss |
| Adv. D.I. 105 | 08/04/25 | Defendant Changpeng Zhao’s Memorandum of Law in Support of His Motion to Dismiss |
| Adv. D.I. 106 | 08/07/25 | Plaintiffs’ Omnibus Memorandum of Law in Opposition of the Binance Defendants’ Motions to Dismiss the Complaint |
| Adv. D.I. 108 | 08/08/25 | Redacted Declaration of Ashley Rona Chase in Support of Plaintiffs’ Omnibus Memorandum of Law in Opposition of Binance Defendants’ Motions to Dismiss the Complaint |
| Adv. D.I. 119 | 09/12/25 | Digital Anchor’s Reply Brief in Support of Motion to Compel Arbitration, Dismiss, or Abstain |
| Adv. D.I. 120 | 09/12/25 | BHL Defendants’ Reply Memorandum of Law in Support of Their Motion to Dismiss |
| Adv. D.I. 134 | 09/18/25 | Plaintiffs’ Memorandum of Law in Opposition to Changpeng Zhao’s Motion to Dismiss |
| Adv. D.I. 135 | 09/18/25 | Declaration in Support of Plaintiffs’ Opposition to Changpeng Zhao’s Motion to Dismiss |
| Adv. D.I. 141 | 10/09/25 | Defendant Changpeng Zhao’s Reply Memorandum in Support of His Motion to Dismiss |

| Docket No. | Date Filed | Description |
|---|---|---|
| Adv. D.I. 150 | 04/13/26 | Transcript of Oral Argument held on April 8, 2026 |
| Adv. D.I. 159 | 07/24/26 | Opinion and Order Regarding Defendants' Motions to Dismiss the Complaint |
| Adv. D.I. 176 | 08/06/26 | Order Granting Emergency Motion Extending Appellate Deadlines |
| Adv. D.I. 183 | 08/07/26 | Digital Anchor's Notice of Appeal (as of right) |
| Adv. D.I. 192 | 08/21/26 | Digital Anchor's Statement of Issues on Appeal |
| Adv. D.I. 201 | 08/28/26 | Changpeng Zhao's Notice of Appeal |
| Adv. D.I. 205 | 08/28/26 | Digital Anchor's Notice of Appeal (as to remaining issues) |
| Adv. D.I. 209 | 08/28/26 | The BHL Defendants' Notice of Appeal |

The BHL Defendants reserve the right to amend, supplement, or otherwise modify the foregoing designations, to adopt the designation of any items designated or counter-designated by any party to this appeal or to related appeals, and/or to object to or move to strike the items designated or counter-designated for inclusion in the record on appeal by any such other parties. This filing is made expressly subject to, and without waiver of, any and all rights, remedies, challenges, and objections.

## III. Certification Under Fed. R. Bankr. P. 8009(b)

The BHL Defendants certify that they are not ordering any transcript and that transcripts of parts of the proceedings that the BHL Defendants consider necessary for the appeal were previously transcribed and are included in this designation of the record on appeal.

Dated: September 11, 2026
Wilmington, Delaware

**ROSS ARONSTAM & MORITZ LLP**

*/s/ Garrett B. Moritz*
Garrett B. Moritz (Bar No. 5646)
Adam D. Gold (Bar No. 6412)
A. Gage Whirley (Bar No. 6707)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
gmoritz@ramllp.com
agold@ramllp.com
gwhirley@ramllp.com

-and-

**MILBANK LLP**
Alexander B. Lees*
Sean M. Murphy*
Nola B. Heller*
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
alees@milbank.com
smurphy@milbank.com
nheller@milbank.com

Olivia Choe*
Brett P. Lowe*
1101 New York Avenue NW
Washington, D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
ochoe@milbank.com
blowe@milbank.com
**pro hac vice*

*Counsel for Defendants Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited*