**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD, *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED., BINANCE CAPITAL MANAGEMENT CO. LTD, BINANCE HOLDINGS (IE) LIMITED, BINANCE (SERVICES) HOLDINGS LIMITED, CHANGPENG ZHAO, DINGHUA XIAO, SAMUEL WENJUN LIM, and DOES 1-1000,<br><br>Defendants. | Adv. Pro. No. 24-50222 (KBO) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 9, 2026 (via e-mail) and September 10, 2026 (via first class mail), Plaintiffs FTX Recovery Trust and FTX Digital Markets, Ltd., served the following documents upon the parties on the service list attached hereto as **Exhibit A** in the manner indicated therein:

- *Plaintiffs' First Set of Requests to Binance Holdings Ltd. for the Production of Documents*
- *Plaintiffs' First Set of Requests to Binance Holdings (IE) Limited for the Production of Documents*

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification numbers are 3288 and 4063 respectively. Due to the large number of post-effective date debtor entities in the above-captioned chapter 11 cases, a complete list of the post-effective date debtor entities and the last four digits of their federal tax identification numbers is not provided herein, but may be obtained on the website of the FTX Recovery Trust's claims and noticing agent at https://cases.ra.kroll.com/FTX.

- *Plaintiffs' First Set of Requests to Binance (Services) Holdings Limited for the Production of Documents*

Dated: September 15, 2026
Wilmington, Delaware

Respectfully submitted,

*/s/ Alexander R. Steiger*

**RICHARDS, LAYTON & FINGER, P.A.**
Paul N. Heath (No. 3704)
Brendan J. Schlauch (No. 6115)
Robert C. Maddox (No. 5356)
Alexander R. Steiger (No. 7139)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
heath@rlf.com
schlauch@rlf.com
maddox@rlf.com
steiger@rlf.com

-and-

**WHITE & CASE LLP**

J. Christopher Shore (admitted *pro hac vice*)
Brian D. Pfeiffer (admitted *pro hac vice*)
Colin West (admitted *pro hac vice*)
Ashley R. Chase (admitted *pro hac vice*)
Brett L. Bakemeyer (admitted *pro hac vice*)
Loredana B. Miranda (admitted pro hac vice)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
cshore@whitecase.com
brian.pfeiffer@whitecase.com
cwest@whitecase.com
ashley.chase@whitecase.com
brett.bakemeyer@whitecase.com
loredana.miranda@whitecase.com

*Attorneys for the Plaintiffs*

# EXHIBIT A

***Via E-mail and First Class Mail***

*(Counsel for Defendants Binance Holdings Limited,*
*Binance Holdings (IE) Limited, and*
*Binance (Services) Holdings Limited)*
Garrett B. Moritz
Adam D. Gold
A. Gage Whirley
Ross Aronstam & Moritz LLP
Hercules Building
1313 North Market Street
Suite 1001
Wilmington, Delaware 19801
E-mail: gmoritz@ramllp.com
agold@ramllp.com
gwhirley@ramllp.com

*(Counsel for Defendants Binance Holdings Limited,*
*Binance Holdings (IE) Limited, and*
*Binance (Services) Holdings Limited)*
Alexander B. Lees
Sean M. Murphy
Nola B. Heller
Milbank LLP
55 Hudson Yards
New York, New York 10001
E-mail: alees@milbank.com
smurphy@milbank.com
nheller@milbank.com

*(Counsel for Defendants Binance Holdings Limited,*
*Binance Holdings (IE) Limited, and*
*Binance (Services) Holdings Limited)*
Olivia Choe
Brett P. Lowe
Milbank LLP
1101 New York Avenue NW
Washington, D.C. 20005
E-mail: ochoe@milbank.com
blowe@milbank.com