**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, FTX DIGITAL MARKETS, LTD., | Adv. Pro. No. 24-50222 (KBO) |
| Plaintiffs, | |
| v. | **Related to Docket Nos. 195 & 197** |
| BINANCE HOLDINGS LIMITED, *et al.*, | |
| Defendants. | |

**ORDER DENYING DEFENDANT CHANGPENG ZHAO'S MOTION FOR RECONSIDERATION AND THE BHL DEFENDANTS' JOINDER IN CHANGPENG ZHAO'S MOTION FOR RECONSIDERATION**

Upon consideration of *Changpeng Zhao's Motion For Reconsideration* [Adv. D.I. 195] and *The BHL Defendants' Joinder In Changpeng Zhao's Motion For Reconsideration* [Adv. D.I. 197] (together, the "Motion for Reconsideration") and all briefing and submissions filed in support of and in opposition to the Motion for Reconsideration; and after determining that oral argument is unnecessary as the Court's decision-making process on the Motion for Reconsideration would not be aided by oral argument; it is hereby **FOUND, CONCLUDED, AND ORDERED** that:

1. On July 24, 2026, the Court issued its *Opinion and Order Regarding Defendants' Motion to Dismiss the Complaint* [Adv. D.I. 159] (the "Opinion and Order"), which, among other things, dismissed Counts VI through IX against the Defendants Changpeng Zhao, Binance Holdings Limited, Binance Holdings (IE) Limited, and Binance (Services) Holdings Limited (the "Movants") but permitted Counts I through V against the Movants to proceed. By the Motion for Reconsideration, the Movants ask the Court to reconsider its holdings with respect to Counts I through V and dismiss the claims with prejudice. Plaintiffs oppose the relief requested.

2. Movants contend that the Court erred in reaching its conclusions regarding personal jurisdiction, extraterritoriality, and section 550. After considering the arguments raised in the briefing, the Court concludes that reconsideration of the Opinion and Order is not warranted and, accordingly, the Motion for Reconsideration is **DENIED**.

Dated: October 30, 2026
Wilmington, Delaware

Karen B. Owens
Chief Judge